IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

William David Carroll )
Full name and prison number )
of plaintiff(s) )
)
v. )
)
Anthony Clark )
)
Annett Cain )
)
Dr. Mc Waters )
)
_____ )
)
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED
2006 JUN 20 A 9:55

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. _____
(To be supplied by Clerk of
U.S. District Court)

2:06cv 549-MEF

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (X)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if state court, name the county) _____

SCANNED
BR 6-20-06

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Covington County Jail 290 Hillcrest Dr Andalusia AL 36420

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Covington County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                ADDRESS

1. Anthony Clark - 290 Hillcrest Dr Andalusia, AL 36420

2. Annett Cain - 290 Hillcrest Dr Andalusia, AL 36420

3. Dr. McWaters - 290 Hillcrest Dr Andalusia, Al. 36420

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 6-12-06

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Plaintiff suffering a tooth ache Defendants denied him adequate medical care.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

GROUND TWO: Plaintiff Complete A Sick Call Slip Requests Adequate Medical Care, He Encloses A Copy As Exhibit A - The Defendants Annett Cain Denied Plaintiff Medical Care, Which is Cruel And Unusual Punishment Under Eighth Amendment, And denial of due Process of Law.

SUPPORTING FACTS: Plaintiff is still Suffering Pain And Need His Tooth Pull.

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

MAKE AN ORDER FOR PLAINTIFF TO HAVE A MEDICAL SO HE COULD GO HAVE HIS TOOTH PULL, AND $25.00 A DAY TO SET IN JAIL IN PAIN AND SUFFERING AND $200,000 FOR DENIED MEDICAL ATTENTION.

_William David Carroll_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _June 16th 2006_.
(Date)

_William David Carroll_
Signature of plaintiff(s)

4