**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ny Clark
   ton County Jail
   llcrest Drive
   sia, AL 36420

2. Article Number
   (Transfer from service label)   7005 1820 0002 3461 1222

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Pat Sweett
☐ Agent
☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery  6-25-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

porcny
06cv549

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes