**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

Anette Cain
Covington County Jail
290 Hillcrest Drive
Andalusia, AL 36420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Annette Cain*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   6-30-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   06cv549 pcmf

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0002 3461 0744

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540