IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIAM DAVID CARROLL,
        PLAINTIFF,
V.
ANTHONY CLARK,
        DEFENDANTS.

2:06-CV-549-MEF

## Motion To Warrant Consideration by The Court, And Motion For Leave To Amend;

Comes Now The Plaintiff William David Carroll, Pro, Se, Moves The Honorable Court For A Warrant Consideration, And For Leave To Amend, And As Therefore States The Following grounds;

1. The Plaintiff File A Suit on The 6-19-06, Because of He Has been denied His (8)-Amendment, He Suffering A Tooth Ache, He Needs A Tooth Pulled or Root Canal done.

2. The Plaintiff Status He Still Suffering Pain From A Tooth Ache, He Requests That This Court To Grant Him A Medical Leave To go Have His Tooth Pulled, Because The Defendants, Anthony Clark, Annett Cain, And Dr. McWaters, is Still Denied Him Medical Care.

WHEREFORE do to THE Pending of THIS SUIT PLAINTIFF PRAYS THAT THE HONORABLE COURT WILL TAKE IMMEDIATE ACTION, AND ORDER AN MEDICAL LEAVE, It WILL END HIS SUFFERING AND PAIN, AND denied of His (8) AMENDMENT, HE JUST NEED His TootH PULLED, At tHE EARLIEST POSSIBLE TIME.

RESPECTFULLY SUBMITTED THIS THE 5th day of July, 2006.

*William David Carroll*
Signature of Plaintiff

I declare under PENALTY of PERJURY THAT THE FOREGOING Amend is TRUE AND CORRECT.

7-5-06
Date

*William David Carroll*
Signature of Plaintiff

CERTIFICATE OF SERVICE

I CERTIFY tHAt A TRUE COPY of THE FOREGOING Amend HAS BEEN SERVED UPON THE DEFENDANTS, by MAILING THE SAME UNITED STATES MAILED FIRST CLASS, PERSONAL SERVICE ON THE 5th day of July, 2006.

*William David Carroll*
Signature of Plaintiff

Copys SERVED UPON All
  Defendants:
    ANTHONY CLARK,
    ANNETT CAIN
    DR MCWATERS