IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIAM DAVID CARROLL,           )
                                 )
            Plaintiff,           )
                                 )
v.                               )        CIVIL ACTION NO. 2:06-CV-549-MEF
                                 )
ANTHONY CLARK, et al.,           )
                                 )
            Defendants.          )

## ORDER ON MOTION

Upon consideration of the motion for leave to amend filed by the plaintiff on July 6, 2006, in which the plaintiff requests that this court grant him a medical leave to receive dental treatment, and for good cause, it is

ORDERED that the motion for leave to file be and is hereby DENIED.

DONE, this 11th day of July, 2006.


                              /s/ Susan Russ Walker
                              SUSAN RUSS WALKER
                              UNITED STATES MAGISTRATE JUDGE