In The United States District Court
For The Middle District of Alabama
Nothern Division

William David Carroll,
    Plaintiff,
V.                              Civil Action No. 2:06-CV-549-MEF
Anthony Clark, et al.,
    Defendants.

To the Clerk of District Court,
The plaintiff has the right address of Dr. Milland H. McWhorter III M.D. His correct address is, 408 South 3 Notch Street, Andalusia, Alabama 36420

Respectfully submitted this the 13th day of July, 2006.

                                      William David Carroll
                                      Signature of Plaintiff

RECEIVED 2006 JUL 17 A 10: 00