In The United States District Court
For The Middle District of Alabama
Nothern Division

William David Carroll

    Plaintiff

V.

Anthony Clark
Anmeth Cain
Milland H. McWhorter III M.D.

    Defendants

Civil Action No.
2:06-CV-549-MEF

RECEIVED
2006 JUL 17 A 9:53

Motion To Warrant Consideration by the Court and Motion For Leave To Amend;

Comes now the plaintiff William David Carroll pro, se, moves the honorable court for a Warrant Consideration, and for Leave to Amend and as therefore states the following grounds,

## Interrogatories

1. How many inmates are on this long list to see the dentist?

2. How many inmates have been seen by the dentist since June 12th 2006 untill present date?

3. What is the dentist's name that treated these inmates?

4. What are the names of the inmates that have been treated or seen by the dentist since June 12th, 2006 untill present date, and what are the dates in which each one was treated or seen by the dentist?

5. What number am I on your dental list?

6. How is the county billed for inmate dental visits?

7. How offten does the county pay the dental bill?

8. Why won't the dentist see or treat anyone from the Covington County Jail?

9. Does the Covington County Jail have a dentist?

10. Does the Covington County Jail have an unpaid dental bill?

11. On what date was bill paid?

12. Why does it take over (30) days to see a dentist when you have a dental emergency?

13. What is considered a dental emergency at the Covington County Jail?

14. How many times have I been to sick-call since June 12th, 2006 involving the same abscessed tooth?

15. Has my tooth been abscessed (2) different times within a (3) week period?

16. Why do I have to keep signing up for sick-call every (7) days and repay a medical co-payment for a continuing or on going problem that could be solved by seeing a dentist?

17. What is the date of my dental appointment?

18. Do I have a dental appointment date?

19. What is the long term efect of my taking these medications for extended periods?

20. What is the normal/extended time limit

on each dosage prescribed to me?

21. Haven't people died from having abscessed teeth?

22. What is the long term affect on having an abscessed tooth for an extended time period?

23. Is it normal for a medical staff to continue to put off treatment to a permanent solution?

24. Why am I being denied dental treatment?

Respectfully submitted this the 13th day of July, 2006.

_William David Carroll_
Signature of Plaintiff

## Certificate of Service

I certify that a true copy of the foregoing Amend has been served upon the defendants, by mailing the same United States mail first class, personal service on the 13th day of July, 2006. Copies served upon all defendants:

Anthony Clark
Anneth Cain
Milliard H. McWhorter III M.D.

_William David Carroll_
Signature of Plaintiff