IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM DAVID CARROLL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:06-CV-549-MEF |
| ANTHONY CLARK, *et al.*, | ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend filed by the plaintiff on July 17, 2006 (Court Doc. No. 12), and as the plaintiff does not set forth any basis for amendment of the complaint, it is

ORDERED that this motion be and is hereby DENIED.

DONE, this 18th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE