IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM DAVID CARROLL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-549-MEF |
| | ) |
| ANTHONY CLARK, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On July 17, 2006, the plaintiff filed a response in which he advises the court of a correct name and address for Dr. Milland H. McWhorter. The Clerk is hereby DIRECTED to serve a copy of the complaint, the June 28, 2006 order of procedure (Court Doc. No. 4), and this order on Dr. Milland H. McWorter at 408 South 3 Notch Street, Andalusia, Alabama 36420. Accordingly, it is

ORDERED that Dr. McWhorter shall file a written report within thirty (30) days of service of this order.

The plaintiff is advised that the court will not continue to monitor this case to ensure that each of the named defendants has been served. This is the plaintiff's responsibility. The plaintiff is cautioned that if service is not perfected on Dr. McWhorter this individual will not be considered a party to this cause of action and this case will proceed against only those defendants on whom service has been perfected.

DONE, this 19th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE