IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM DAVID CARROLL, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-CV-549-MEF |
| ANTHONY CLARK, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

In a response filed on July 17, 2006, the plaintiff advises the court of that the correct name of Dr. McWaters is Dr. Milland H. McWhorter. In light of the foregoing, it is

ORDERED that Dr. McWhorter be substituted as a defendant for Dr. McWaters.

DONE, this 19th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE