**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Dr. Milland H. McWhorter, III, MD
408 South 3 Notch Street
Andalusia, AL 36420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Lurlene Mahaffey_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Lurlene Mahaffey
C. Date of Delivery

address different from item 1? ☐ Yes
er delivery address below: ☐ No

06 CV549
pro order

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 0058

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540