# EXHIBIT A

**Inmate William David Carroll's Inmate File**

| Covington County Sheriff | | | | | | | Booking Number 200009274 |
|---|---|---|---|---|---|---|---|
| Printed: Sat Nov 19, 2005 | | | # INMATE DATA<br>WILLIAM DAVID CARROLL (S416882767) | | | | Booking Date NOVEMBER 19th, 2005 |

| Section | Block | Cell | Bed | Social Security Number | Alias | | Est Release Date |
|---|---|---|---|---|---|---|---|
| HOLDING | | | | 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 | | | |

| Address | |
|---|---|
| 31867 PIGEON CREEK ROAD<br>RED LEVEL AL 36474 | Home Telephone |

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| M | 1967-07-15 | 38 | 5' 09" | 183 | WHITE | BROWN | BROWN |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| AL 5355909 | | | |

| Next of Kin | NOK Telephone |
|---|---|
| | |

| Charge(s) | Bond |
|---|---|
| MANUFACTORING II<br>PODP | 200,000  20,000 |

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|
| CJ017 MILLER, J.D. | CJ017 MILLER, J.D. | |

| Admission Type | Phone Call | NCIC Check |
|---|---|---|
| ARREST | Y | N |

| Arrest Case Number | DNA Sample By |
|---|---|
| BAG W/NAME | |

| Agency Arrested For | Arresting Officer |
|---|---|
| COV. COUNTY | |

| Agency Hold For |
|---|
| |

| Release Date | Release Time | Release Officer |
|---|---|---|
| | | |

Notes

**SUBJECT WAS ARRESTED BY TIM HARDAGE OF LOCKHART PD
PROPERTY IN EVIDENCE BAG WITH NAME IN THE PROPERTY ROOM
TOTAL BOND IS $220,000.**

| Covington County Sheriff | **MEDICAL SCREENING FORM** | Booking Number 200009274 |
|---|---|---|
| Printed: Sat Nov 19, 2005 | WILLIAM DAVID CARROLL (S416882767) | Booking Date NOVEMBER 19th, 2005 |

## ADMISSION OBSERVATIONS

| | | | | | |
|---|---|---|---|---|---|
| Is inmate conscious? | **Y** N | Is inmate capable of responding? | **Y** N | Can inmate walk on own? | **Y** N |
| Any difficulty breathing? | Y **N** | Is inmate hostile/aggressive? | Y **N** | Any visible signs of trauma, bleeding, wounds or illness? | Y **N** |
| Did arrest result in injury? | Y **N** | Any fever, swollen lymph nodes, or jaundice? | Y **N** | Is skin in good condition and free of vermin? | **Y** N |
| Is inmate under obvious influence of alcohol? | Y **N** | Is inmate under obvious influence of drugs? | Y **N** | Any visible signs of alcohol or drug withdrawal symptons? | Y **N** |
| Does inmate suggest risk of suicide? | Y **N** | Do you consider inmate an escape risk? | Y **N** | | |

**Observations**

SUBJECT SEEMS TO BE IN GOOD HEALTH AT TIME OF INTAKE

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y **N** | Heart Disease | Y **N** | Mental/Emotional Upset | Y **N** |
| Tuberculosis | Y **N** | Hypertension | Y **N** | Attempted Suicide | Y **N** |
| Sexually Transmitted Disease | Y **N** | Epilepsy/Convulsions | Y **N** | Asthma/Emphysema | Y **N** |
| Ulcers | Y **N** | Hemophiliac (bleeder) | Y **N** | Cancer | Y **N** |
| Kidney Trouble | Y **N** | Aids/Exposed to Aids | Y **N** | Diabetes | Y **N** |
| DT's | Y **N** | Skin Problems | Y **N** | Use Insulin | Y **N** |
| Drug Addiction | Y **N** | Alcholism | Y **N** | Mental Illness | Y **N** |
| Recent Head Injury | Y **N** | Coughed/Passed Blood | Y **N** | Recent Hospital Patient | Y **N** |
| Recent Treatment | Y **N** | Use Needles | Y **N** | False Limbs/Teeth | Y **N** |
| Contagious Disease | Y **N** | Pregnant/Recent Delivery | Y **N** | | |

**Doctors Name and Address**
NONE

**Health Insurance**
NONE

**Special Diet**
NONE

**Prescriptions/Medications**
NONE

**Drug Allergies**
NONE KNOWN

**Descriptions**




I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____    Date: _____    Time: _____

Officers's Signature _____    Date: _____    Time: _____
CJ017  MILLER, J.D.

| Covington County Sheriff | INMATE PROPERTY LOG | Booking Number 200009274 |
|---|---|---|
| Printed: Sat Nov 19, 2005 | WILLIAM DAVID CARROLL (S416882767) | Booking Date NOVEMBER 19th, 2005 |

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|
| | | | | |

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| 4 | RINGS GOLD IN COLOR | | |
| 1 | GOLD COLORED NECKLAC | | |
| 1 | BROWN WALLET | | |
| 1 | CAN OF DIP | | |
| 1 | LIGHTER | | |
| 1 | SET OF KEYS | | |
| 1 | BLUE JEAN JACKET | | |
| 1 | PAIR BLUE JEANS | | |
| 1 | PAIR BROWN BOOTS | | |
| 1 | BLUE SHIRT | | |
| 1 | BLACK/BROWN BELT | | |

Notes

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.
Inmate's Signature _____  Date: _____  Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.
Officers's Signature _____  Date: _____  Time: _____

### ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature _____  Date: _____  Time: _____

Officers's Signature _____  Date: _____  Time: _____

# PROPERTY RELEASE FORM

394-5014
-835-3891

I, _____ DO HEREBY GIVE MY PERMISSION FOR MY PROPERTY HELD AT THE COVINGTON COUNTY JAIL TO BE PICKED UP BY _____. I UNDERSTAND THAT IF IT IS NOT PICKED UP WITHIN FOURTEEN DAYS FROM THIS DATE THAT IT WILL BE DISPOSED OF BY THE COVINGTON COUNTY JAIL.

INMATE _William Carroll_

WITNESS _____

DATE _11-21-05_

PROPERTY PICKED UP BY _____

DATE _11-21-05_

Set of Keys
2 Knifes
Gold Watch
4 Gold Rings
Drivers Lic
Cig Lighter
Tickets
Bin Wallet

Wallet
&
Jewelry

Could Not Find
When she asked
will attach

# PROPERTY RELEASE FORM

William David Carroll _____ DO HEREBY GIVE MY PERMISSION FOR MY PROPERTY HERE AT THE COVINGTON COUNTY JAIL TO BE PICKED UP BY Tonya Lynn Harrell. I UNDERSTAND THAT IF IT IS NOT PICKED UP WITHIN FOURTEEN DAYS FROM THIS DATE THAT IT WILL BE DISPOSED OF BY THE COVINGTON COUNTY JAIL.

INMATE William David Carroll

WITNESS _____

DATE 11-21-2005

PROPERTY PICKED UP BY: x Tonya Lynn Harrell

DATE 11-21-05

Tickets
Brown wallet
2 Blue lighter
Drivers License
2 knives
Keys

One Watch
4 rings
Cell phone battery
4 pennies
1 Gold Necklace

**_NGTON COUNTY JAIL**
**_E REQUEST/GRIEVANCE**

William D. Carroll  BLOCK __C__  DATE _11-27-05_
( ) CUSTODY CHANGE ( ) PERSONAL PROBLEMS
( ) TIMESHEET ( ) GRIEVANCE (X) OTHER

_ R REQUEST/GRIEVANCE THEN PRESENT TO A C/O

_EST PLEASE CHECK TO WHOM IT IS DESIRED TO
(X) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLAIN

_ GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WI_

Walter, I would appreciate it if
you have the time to run over & speak
with me for a few minutes.
I also would like for you to con-
sider either trying to make me a
trustie or letting me out to work,
as you know, or I hope you do, I
never have never been a problem
to anyone I have worked for out of
the jail, I will not let you down
if you will just grant this to me consider
it as something positive with my
time instead of sitting here doing
nothing.

Respectfully,
_____

( )DENIED ( )PAY PHONE ( )COLLECT ( )OTHER

Dewayne I will Put your name on
The list, but @ This Time its full

# [COVING]TON COUNTY JAIL
## [INMA]TE REQUEST/GRIEVANCE

William K. [Carroll] BLOCK C  DATE 11-27-05

( ) CUSTODY CHANGE ( ) PERSONAL PROBLEMS
( ) TIMESHEET ( ) GRIEVANCE (X) OTHER

[FILL OUT YOUR] REQUEST/GRIEVANCE THEN PRESENT TO A C.O.

[FIRST] PLEASE CHECK TO WHOM IT IS DESIRED TO
(X) [CHIEF] JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLAIN

[IF THIS IS A GRIE]VANCE STATE THE PARTIES INVOLVED AND NAMES OF W[ITNESSES]

Walter, I would appreciate it if you have the time if you run over and speak with me for a few minutes. I also would like for you to consider either trying to make me a trustee or letting me go out and work. As you know, I hope you find me a person who has never been a problem to anyone, I have worked my butt off in this jail. I will not let you down if you will just grant this to me consider me another position with my facility.

Respectfully,
[signature]

( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

Dewayne I will Put your Name on the list, but @ this Time its full

[signature]

# ...NGTON COUNTY JAIL
## ...TE REQUEST/GRIEVANCE

_David Carroll_ BLOCK _D_ DATE _12/5/0_

( ) CUSTODY CHANGE ( ) PERSONAL PROBLEMS
( ) TIMESHEET ( ) GRIEVANCE (X) OTHER

... R REQUEST/GRIEVANCE THEN PRESENT TO A C O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
SHERIFF (X) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLAIN

THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WI...
APPLICABLE

I would like to talk to you when
you have some time.
Thank you!



( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

We'll try to see you this week.

*Larry Latman*

## COVINGTON COUNTY JAIL
## INMATE REQUEST /GRIEVANCE

NAME Carroll, David   BLOCK D   DATE 1-4-06

( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEMS
( ) SPECIAL VISIT ( ) TIMESHEET ( ) GRIEVANCE (X) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( )SHERIFF (X)CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( )CHAPLAIN

*Larry*

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WI APPLICABLE.

I understand that there is 3 openings on the hall for trustee's.
To give me a chance would be a blessing to myself, and would be very much appreciated.
One spot filled you would never regret either.
Thank you!

Respectfully,
David Carroll

---
SECTION BELOW THIS LINE FOR REPLY ONLY.

( )APPROVED ( )DENIED ( )PAY PHONE ( )COLLECT ( )OTHER

Your name was put on list for trustee. When I have an opening, I will look at my list.



# Covington County
Sheriff
Anthony Clark

# Sheriff's Department
290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax (334) 428-2654

EFFECTIVE AS OF OCTOBER 28, 2005 THE COVINGTON COUNTY INMATES WILL BE ALLOWED THE FOLLOWING ITEMS.
THESE ITEMS WILL ONLY BE ACCEPTED
## MONDAY THROUGH FRIDAY FROM 8AM - 4PM

MALES

3 WHITE T-SHIRTS
3 PAIRS OF WHITE UNDERWEAR
3 ~~WHITE PAIRS OF SOCKS~~ 2
1 WHITE OR GREY SWEATSHIRT
1 WHITE THERMAL SHIRT

FEMALES

3 WHITE BRAS NO UNDER WIRE
3 WHITE PANTIES FULL CUT
3 WHITE PAIR OF SOCKS
1 WHITE OR GREY SWEATSHIRT
1 WHITE THERMAL SHIRT

IN ADDITION TO THESE ITEMS, INMATES WILL BE ALLOWED 2 PAPERBACK CROSSWORD/ WORD SEARCH BOOKS, 2 PAPERBACK NOVELS OR 2 MAGAZINES. THESE NOVELS OR MAGAZINES MUST BE IN GOOD TASTE IN MORAL VALUES. EACH ITEM(S) MUST BE LABELED WITH THE INMATES PROPER NAME. ITEMS WILL ONLY BE ACCEPTED ONCE A MONTH FROM THE DATE OF THE LAST TIME ITEMS WERE ACCEPTED.

I, _Inez P Canab_, AM LEAVING THE FOLLOWING ITEMS FOR _____. I UNDERSTAND THAT ONCE THESE ITEMS ARE GIVEN TO THE INMATE, THE COVINGTON CO. JAIL IS NO LONGER RESPONSIBLE FOR THE ITEMS IF THEY ARE LOST OF STOLEN.

_signature_
DATE: 1-11-06

CORRECTIONAL OFFICER RECEIVING MERCHANDISE

INMATE SIGNATURE: _____
DATE: _____

# COVINGTON COUNTY JAIL
## INMATE REQUEST /GRIEVANCE

NAME _Carroll, David_   BLOCK (D)   DATE _1-30-06_

( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEMS
( ) SPECIAL VISIT ( ) TIMESHEET ( ) GRIEVANCE (X) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C.O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( ) SHERIFF (X) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WI[TNESSES] APPLICABLE.

I understand you are in need of a dish washer on the hall. I would appreciate it, if you would give me a shot at that job.

Respectfully,
David Carroll

SECTION BELOW THIS LINE FOR REPLY ONLY

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

Your name is on the list for trustie. When I have an opening I will look at my list.

# COVINGTON COUNTY JAIL
# INMATE REQUEST /GRIEVANCE

NAME _Carroll, William D._ BLOCK _D_ DATE _2-12-06_
(X) TELEPHONE CALL ( )CUSTODY CHANGE ( )PERSONAL PROBLEMS
( ) SPECIAL VISIT ( )TIMESHEET ( )GRIEVANCE ( ) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( )SHERIFF (X)CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( )CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WI[TNESSES IF] APPLICABLE.

Larry,
I need you to approve me a phone call to call my attorney!! Thank you sir.

Respectfully,
David Carroll

SECTION BELOW THIS LINE FOR REPLY ONLY.

( )APPROVED ( )DENIED ( )PAY PHONE ( )COLLECT ( )OTHER

I will try to get you a phone call on 2-14-06

## COVINGTON COUNTY JAIL
## INMATE REQUEST /GRIEVANCE

NAME _Carroll, William D_  BLOCK _D_  DATE _2-13-06_

( ) TELEPHONE CALL  ( ) CUSTODY CHANGE  ( ) PERSONAL PROBLEMS
( ) SPECIAL VISIT  ( ) TIMESHEET  (X) GRIEVANCE  ( ) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( ) SHERIFF  ( ) CHIEF JAILER  ( ) JAILER  ( ) RECORDS OFFICE  ( ) CHAPLAIN

_Walter_

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

I William David Carroll do have a problem with the portions of food being served in the back. If you are not a special person for whatever reason you do not get one of the extra trays, and Don Jackson is ordered to say anything back there.

I will see a change or this jail will see one.

_David Carroll_

SECTION BELOW THIS LINE FOR REPLY ONLY

( ) APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

There will be no extra trays given out at this jail. You will not threaten me either.

# COVINGTON COUNTY JAIL
## INMATE REQUEST /GRIEVANCE

NAME _William O. Carroll_    BLOCK _D_    DATE _2/27/06_

(X) TELEPHONE CALL ( )CUSTODY CHANGE ( )PERSONAL PROBLEMS
( ) SPECIAL VISIT ( )TIMESHEET ( )GRIEVANCE ( ) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( )SHERIFF (X)CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( )CHAPLAIN
_Larry_
IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WI'
APPLICABLE.

_Mr. Larry,_
_I need you to grant me a phone call to call my attorney. As soon as possible._
_Thank You._

_Respectfully,_
_William Carroll_

SECTION BELOW THIS LINE FOR REPLY ONLY

( )APPROVED ( )DENIED ( )PAY PHONE ( )COLLECT ( )OTHER

_I will try to get you a phone call today 2-28-06_

# INMATE REQUEST/GRIEVANCE

NAME *Carroll, William D*  BLOCK *B*  DATE *3/13/06*

( ) TELEPHONE CALL  ( ) CUSTODY CHANGE  ( ) PERSONAL PROBLEMS
(X) SPECIAL VISIT  ( ) TIMESHEET  ( ) GRIEVANCE  ( ) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( ) SHERIFF  (X) CHIEF JAILER  ( ) JAILER  ( ) RECORDS OFFICE  ( ) CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WI APPLICABLE. *Mr Larry*

Mr Larry,
  I have a niece that is here, and she gets out on the 31st. I am asking at this point, if you would grant us a short visit before she leaves, so that I can go over some things I need her to take care of for me upon her release. Your time & concern with this request will be greatly appreciated.
  Her name is Rhonda Walker.

Respectfully,
William David Carroll
(Dewayne)

SECTION BELOW THIS LINE FOR REPLY ONLY

( ) APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

What day during the week would you like to visit? Also what time do you want to visit.

*Mr. Larry*

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE

NAME <u>Carroll, William D</u> BLOCK <u>B</u> DATE <u>3/18/06</u>

( ) TELEPHONE CALL  ( ) CUSTODY CHANGE  ( ) PERSONAL PROBLEMS
(X) SPECIAL VISIT   ( ) TIMESHEET       ( ) GRIEVANCE       ( ) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( ) SHERIFF (X) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLAIN

*Mr. Larry*

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF W[itnesses] APPLICABLE

Mr. Larry,

Any day, or time this week that is best for the jailers is fine by me. I appreciate it and will except which is best for you.

Thank you very much for your time & concern in this. It is greatly appreciated.

Respectfully,
David Carroll

---

SECTION BELOW THIS LINE FOR REPLY ONLY

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

- You may visit on 3/21/06 from 1:00 pm to 1:30 pm in multipurpose room. If he is coming to see you?

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE

NAME William D. Carroll   BLOCK B   DATE 6/30/06

( ) TELEPHONE CALL  ( ) CUSTODY CHANGE  ( ) PERSONAL PROBLEMS
( ) SPECIAL VISIT  ( ) TIMESHEET  ( ) GRIEVANCE  (X) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( ) SHERIFF (X) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLAIN

Mr. Larry Selman

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE

Larry,
I was sentenced today so I am ready to go to work if you have anything available for me to do. I don't care what it is.

Thank You,

William D. Carroll

---

SECTION BELOW THIS LINE FOR REPLY ONLY

( ) APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

• Your name is on list for work release.

# PROPERTY RELEASE FORM

I _William D. Carroll_ DO HEREBY GIVE MY PERMISSION FOR MY PROPERTY HERE AT THE COVINGTON COUNTY JAIL TO BE PICKED UP BY _Davon Antley_ . I UNDERSTAND THAT IF IT IS NOT PICKED UP WITHIN FOURTEEN DAYS FROM THIS DATE THAT IT WILL BE DISPOSED OF BY THE COVINGTON COUNTY JAIL.

INMATE _William David Carroll_

WITNESS _Michael Vigor_

DATE _7-3-06_

PROPERTY PICKED UP BY: _____

DATE _7-20-06_