# EXHIBIT C

# Medical File of William David Carroll

| Covington County Sheriff | MEDICAL SCREENING FORM | Booking Number 200009274 |
|---|---|---|
| Printed: Sun Nov 20, 2005 | WILLIAM DAVID CARROLL (S416882767) | Booking Date NOVEMBER 19th, 2005 |

## ADMISSION OBSERVATIONS

| | | | | | |
|---|---|---|---|---|---|
| Is inmate conscious? | **Y** N | Is inmate capable of responding? | **Y** N | Can inmate walk on own? | **Y** N |
| Any difficulty breathing? | Y **N** | Is inmate hostile/aggressive? | Y **N** | Any visible signs of trauma, bleeding, wounds or illness? | Y **N** |
| Did arrest result in injury? | Y **N** | Any fever, swollen lymph nodes, or jaundice? | Y **N** | Is skin in good condition and free of vermin? | **Y** N |
| Is inmate under obvious influence of alcohol? | Y **N** | Is inmate under obvious influence of drugs? | Y **N** | Any visible signs of alcohol or drug withdrawal symptons? | Y **N** |
| Does inmate suggest risk of suicide? | Y **N** | Do you consider inmate an escape risk? | Y **N** | | |

Observations

**SUBJECT SEEMS TO BE IN GOOD HEALTH AT TIME OF INTAKE**

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y **N** | Heart Disease | Y **N** | Mental/Emotional Upset | Y **N** |
| Tuberculosis | Y **N** | Hypertension | Y **N** | Attempted Suicide | Y **N** |
| Sexually Transmitted Disease | Y **N** | Epilepsy/Convulsions | Y **N** | Asthma/Emphysema | Y **N** |
| Ulcers | Y **N** | Hemophiliac (bleeder) | Y **N** | Cancer | Y **N** |
| Kidney Trouble | Y **N** | Aids/Exposed to Aids | Y **N** | Diabetes | Y **N** |
| DT's | Y **N** | Skin Problems | Y **N** | Use Insulin | Y **N** |
| Drug Addiction | Y **N** | Alcholism | Y **N** | Mental Illness | Y **N** |
| Recent Head Injury | Y **N** | Coughed/Passed Blood | Y **N** | Recent Hospital Patient | Y **N** |
| Recent Treatment | Y **N** | Use Needles | Y **N** | False Limbs/Teeth | Y **N** |
| Contagious Disease | Y **N** | Pregnant/Recent Delivery | Y **N** | | |

Doctors Name and Address
**NONE**

Health Insurance
**NONE**

Special Diet
**NONE**

Prescriptions/Medications
**NONE**

Drug Allergies
**NONE KNOWN**

Descriptions



I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____
CJ017  MILLER, J.D.

Page 1

Southern Health Partners, Inc.

# ADMISSION DATA / HISTORY AND PHYSICAL FORM

Exam Date: 12-17-05   S.S. #: 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   ID #: 5416882762
Inmate Name: Carroll William David
                (Last)      (First)    (Middle)
Alias: ___   Date Booked: 11-19-2005
Address: 31862 Pigeon Creek Rd Red Level, Al 36474
         (Street)           (City)    (State) (Zip)   County: ___
Telephone: N/A   Birthdate: 07-15-1967   Religion: nonden.
Education Completed: 5th grade   Special Education: ___
Marital Status: S  M  W  (D) Separated   Read/Write English: (YES)  NO  Other: ___
Previous Incarcerations: (Facility/Date) Walton C.I. - Covington County Jail

## MEDICAL HISTORY

Notify in Emergency: Linda Bowman   (Relationship) Sister
Address: 14014 Powell Rd. Andalusia Al 36420   Phone: 222-5745
         (Street)       (City)     (State) (Zip)
Health Insurance: none
                  (Type of Insurance)
Family Physician: none
                  (Name)      (Street Address)   (City)  (State) (Zip)  (Phone Number)  (Policy Number)
Past Hospitalizations (include surgeries): 1987 - hernia repair
Georgia Hosp.
(Location)     (Street Address)     (City)  (State) (Zip)
Head Injury with Loss of Consciousness: no   Last Tetanus: 2000   Immunization: ___
Allergies: NKA
Current Medication(s): none

## MENTAL HEALTH EVALUATION

Hospitalization for Mental Health Reasons:   YES  (NO)   If Yes, Why: ___
Where: ___
       (Location)   (Street Address)   (City) (State) (Zip)   When: ___
Psychotropic Meds (Specify type and last dose): ___   (Date)
Prior Counseling/Out-Patient Treatment for: no
Where: ___
       (Location)   (Street Address)   (City) (State) (Zip)   When: ___
Have you ever attempted suicide: no   How: ___   When: ___ (Date)
Have you recently considered committing suicide? no
Do people consider you a violent person? no
Have you ever been arrested for a violent crime/sexual offense? (Specify) yes - murder 2nd - 1986
Street drugs: yes - meth - daily 2½ yrs.   Smoker: yes   Etoh: no
              (Type-Quantity) (How Often) (How Long)
Inmate's Signature: William David Carroll   Date: 12-17-05
Interviewer's Signature: Kelli Hollis LPN   Date: 12-17-05
Witness: (if physical is refused): ___   Date: ___

# MEDICAL HISTORY & PHYSICAL ASSESSMENT

| Problems | Yes | No | Problems | Yes | No | Problems | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Vision | | ✓ | Hypertension | | ✓ | Gonorrhea | | ✓ |
| Hearing | | ✓ | Anemia | | ✓ | Syphilis | | ✓ |
| Balance/Dizziness | | ✓ | Blood | | ✓ | Muscle Problem | | ✓ |
| Blackouts | | ✓ | Stomach Pain | | ✓ | Joint Problem | | ✓ |
| DT's | | ✓ | Heartburn | | ✓ | Arthritis | | ✓ |
| Headaches | | ✓ | Ulcer | | ✓ | Other | | ✓ |
| Seizures | | ✓ | Nausea/Vomiting | | ✓ | Other | | ✓ |
| Nervous Disorder | | ✓ | Gall Bladder | | ✓ | Regular Menstrual Period | | |
| Throat | | ✓ | Liver | | ✓ | Irregular Menstrual Period | | |
| Teeth | | ✓ | Hepatitis | | ✓ | # of days Menstrual Period | | |
| Asthma | | ✓ | Diabetes | | ✓ | LMP | | |
| Hay Fever | | ✓ | Kidney Disease | | ✓ | Gravida/Para | | |
| Pneumonia | | ✓ | Bladder Infection | | ✓ | Last Pap | | |
| Tuberculosis | | ✓ | Trouble Voiding | | ✓ | Contraception | | |
| Heart | | ✓ | Pediculi (lice) | | ✓ | Other | | ✓ |

**EXAM:** Age 38  Sex M  Race W  Ht. 5'9  Wt. 163.5

Pulse 50  BP 140/90  Temp. 96.4  Resp. 20

| Area/Type | N | A/Comment | Area/Type | N | A/Comment |
|---|---|---|---|---|---|
| Skin: Color, Condition, Turgor, Recent Inj. | | OK | Chest (Breasts): Configuration, Auscultation, Respirations, Cough/Sputum | | OK |
| Head: Glasses, Pupils, Sclera, Conjunctiva, Vision | | OK | Heart: Auscultation, Radial pulses, Apical pulse, Rhythm | | OK |
| Ears: Appearance, Canals, Hearing | | OK | Extremities: Pulses, Edema, Joints | | OK |
| Mouth: Teeth/Gums, Dentures, Plates, Throat, Tongue, Tonsils | | OK | Abdomen: Shape, Palpation, Hernia, Bowel Sounds | | OK |
| Nose | | OK | Spine | | OK |
| Neck: Veins, Mobility, Thyroid, Carotids, Lymph nodes | | OK | Genital/Urinary System | | OK |

## LABORATORY TESTS

| | Date & Initial | Results |
|---|---|---|
| Was PPD planted and read timely? | 12/17/05 LH | 12/19/05 OC 12.9 |
| VDRL / RPR | ∅ | |
| Other Lab Tests needed: | ∅ | |
| Pregnancy Test? | ∅ | |

## MENTAL HEALTH OBSERVATION

| | N | A/Comment |
|---|---|---|
| Orientation (person, place, time) | | X3 |
| General appearance (motor behavior, mannerisms) Affect (mood) | | Calm/Cooperative |
| Content of thought, history of suicide, present thoughts of suicide | | OK |

Physical Examiner's Signature: Kelli Hollis LPN

Physician's Signature:

Date: 12-17-05

# Tuberculosis Screening and Treatment

## What is Tuberculosis:

Tuberculosis ("TB") is a serious, infectious (transmitted through the air) disease that most commonly affects the lungs. In the lungs, the bacteria destroys elastic lung tissues and is replaced with fibrous connective tissues. The general symptoms of active TB are often subtle, unnoticeable and may include: Fatigue; Weight Loss; Fever; Chills; and Night Sweats. Symptoms of TB in the lungs may include: a persistent cough; chest pain, and coughing up blood. Although TB is preventable and can be cured with proper medication, 5% to 10% of those with active TB will die from the disease. This is usually due to patients not taking their medications correctly or improper drug treatment. TB is usually diagnosed through the use of the Mantoux tuberculin skin test. In this test, a dose of purified protein derived from the Tubercle bacilli, which is non-infectious, is injected into the upper layer of skin on the inside of the forearm. Forty-eight to 72 hours after the injection, the test site is examined. In most cases a hardened area of tissue 10 millimeters or larger is considered an indication of infection with TB, but it is not necessarily an indication of having active TB. Chest x-rays and sputum smears and cultures are used to test for active TB.

There are several high risk groups in the US that are known to have a high rate of TB. They include:
- The homeless;
- Alcoholics;
- The elderly;
- IV drug users
- Prison inmates
- Persons with HIV infections/AIDS

## Screening:

Upon consent, all new inmates who are processed into jail, without written proof of receiving TB testing in the past year, will receive purified protein derivative (PPD) during the health screening. A nurse will read the PPD forty-eight (48) to seventy-two (72) hours afterwards and document the results in the patient's medical file. The patient will be instructed during the health screening to the necessity of follow-up medical care, the results (both positive or negative) and treatment which may be necessary.

## Treatment:

During the screening, if a patient states he/she is past positive, we will not plant PPD, but will obtain a chest x-ray to see if the tuberculosis is active. When a nurse reads a positive PPD, a chest x-ray will be ordered as per physician protocol. The patient will receive information regarding the test results, symptoms of TB, proposed treatment, and follow-up care, etc.

Should the chest x-ray suggest active TB, the local Health Department, SHP Medical Team Administrator, and SHP corporate office should be notified immediately. Initiating therapy/treatment should begin under the recommendations of the local Health Department and in conjunction with the jail physician. The jail will immediately segregate the patient from general population. All people who have come in contact with the patient will have a skin test. The patient will have restricted movement and visitors in the jail, and will be required to wear a mask at all times during contact with staff and/or other persons, until subsequent tests prove no longer infectious.

All new inmates who are processed into the jail, who are on treatment and deemed not infectious will be housed in general population. If a patient is released from Jail during therapy, the local Health Department will be notified and provided with the patient's release location and/or the patient's last known address.

## Consent for Testing/Treatment:

I hereby give my consent for TB testing and/or treatment, if needed. I have read and understand the above information regarding testing and treatment procedures.

Signature: *William David Carroll*   Date: 12/17/05

Witness: *Kelli Holley Lynn*   Date: 12/17/05

Confidential Medical Information

TB SKIN TEST VERIFICATION



@ 9am

William David Carroll
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
S-60-1961 1-21-15 D-Block
12-17-05 Kelly Hallington
12-19-05



## INMATE SICK CALL SLIP – MEDICAL REQUEST

TO BE COMPLETED BY INMATE. Please complete the top half of the Sick Call Slip and return ... submission and review by the medical staff. The medical staff will ... staff member. You will be charged in accordance with the ...

Date: 1-4-06   Location: D-Block   Cell: ____   ID: 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

Name: William David Carroll

Problem: Was eating supper tonight & a piece of my tooth broke off. It broke beside where the filling is.

How long have you had this problem: Just happen tonight being 1-4-06

Signature: William R. Carroll   Date: 1-4-06

..........................................................

TO BE COMPLETED BY MEDICAL STAFF:

Temp 97°  Resp 18  Pulse 78  B/P 134/72

Document your findings, inmate's responses/actions:

#18 molar broken with jumping. Some pain involved. Placed on dental list. Will RX for pain.

X ___ thru Treatment Protocols, via telephone order, via verbal order
___ if checked, date to be seen again ____
___ through medical co-pay for this visit

Date: 1/5/06   Seen by: [signature]



**SOUTHERN HEALTH PARTNERS**

## INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correction officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system this facility.

Today's Date: 6/12/06   Pod/Location: B-Block   Cell: #14   ID# 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

Inmate's Full Name: William David Carroll

Complaint/Problem: Toothache

How long have you had this problem? About 4 days - off & on.

Inmate's Signature: William David Carroll   Date: 6/12/06

*TO BE COMPLETED BY MEDICAL STAFF:*

Note Patient's Vital Signs:   Temp 97.6   Resp 18   Pulse 65   B/P 154/83

Instructions/Assessment: Document your findings, Inmate's responses/actions

Abscess to back upper tooth. On dental list. Will Rx c̄ ABT things and IBU

☑ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☑ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 6/15/06   Seen by: N. Williams, CA

*Place original form in patient's medical record.*



## INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 6/23/06  Pod/Location: B-B1K  Cell: 14  ID#: 116-55-216

Inmate's Full Name: William David Carroll

Complaint/Problem: I still have a tooth-ache & am in need of something for the pain

How long have you had this problem? 15 days to date being 6-23-06

Inmate's Signature: William D Carroll   Date: 6/23/06

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:   Temp 17.0   Resp 20   Pulse 72   B/P 140/86

Instructions/Assessment: Document your findings, Inmate's responses/actions

Will Rx c TBU fo pain NC advise noted

☑ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☑ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 6/23/06   Seen by: W. E. Williams, LPN

*Place original form in patient's medical record.*



SOUTHERN HEALTH PARTNERS

# INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system of this facility.

Today's Date: _____  Pod/Location: _____  Cell: _____  ID# 116 __ 3727

Inmate's Full Name: _____

Complaint/Problem: _____

How long have you had this problem? _____

Inmate's Signature: _____  Date: 7-11-06

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**TO BE COMPLETED BY MEDICAL STAFF:**

Note Patient's Vital Signs.    Temp 97.0    Resp 20    Pulse 61    B/P 150/84

Instructions/Assessment. Document your findings. Inmate's responses/actions

(R) U tooth (?) red and swollen. Will Rx for abscess and pain.

☑ Received Orders – thru Treatment Protocols  via telephone order  via verbal order
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 7/5/06    Seen by: C. Williams LPN

Place original form in patient's medical record



**SOUTHERN HEALTH PARTNERS**

## INMATE SICK CALL SLIP - MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 7-13-06    Pod/Location: B-BIK    Cell: 14    ID#: —

Inmate's Full Name: William David Carroll

Complaint/Problem: On going tooth ache

How long have you had this problem? 31+ days

Inmate's Signature: William D. Carroll    Date: 7-13-06

---

*TO BE COMPLETED BY MEDICAL STAFF:*

Note Patient's Vital Signs:    Temp 98.0°    Resp 20    Pulse 78    B/P 134/80

Instructions/Assessment: Document your findings. Inmate's responses/actions

C/O toothache. Will Rx for pain. No S/S of infection noted. Will Rx c̄ Percogesic d/t c/o stomach upset.

☑ Received Orders – thru Treatment Protocols: via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 7/14/06    Seen by: J.O. Williams, CMA

Place original form in patient's medical record



# SOUTHERN HEALTH PARTNERS

## INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: _____ Pod/Location: B-BK Cell: _____ ID# _____

Inmate's Full Name: _____

Complaint/Problem: _____

How long have you had this problem? _____

Inmate's Signature: _____ Date: 7-22-06

\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:  Temp 96.5  Resp ___  Pulse 69  B/P 142/93

Instructions/Assessment: Document your findings, Inmate's responses/actions (R) that molar with gum reddened, ® indurate. Plus pockets noted. Sixth claim told again I'm reaching for dental list of chooses. to have Analgesic provided by medical. ® lymph node swelling.

☑ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 7/24/06  Seen by: A. Cain LPN

*Place original form in patient's medical record.*

Physician's Orders

Inmate Name: [illegible]
SS#: [illegible]
DOB: [illegible]
Allergies: [illegible]

Covington
County
Jail

| | |
|---|---|
| Date: 1-5-06<br>IBU 600mg BID x [?]<br>5 days (toothache)<br>p.r. Dr. [illegible]/D. Williams LR | Date: 7/17/06 ENCN<br>IBU 600mg Bid x<br>7 days<br>P.R. Dr. McArter/D. Williams LR |
| Date: 6/15/06<br>Amoxil 500mg Bid x 7 days<br>IBU 600 mg Bid x 7 days<br>P.R. Dr. McArter/D. Williams LR | Date: 7/18/06<br>Percogesic ii Bid x 7<br>days<br>P.R. Dr. McArter/D. Williams LR |
| Date: 6/27/06<br>IBU 600mg Bid x 7<br>days<br>P.R. Dr. McArter/D. Williams LR | Date: 7-24-06<br>Percogesic ii BID<br>x 7 days<br>pto Dr. McWhatee [illegible] |
| Date: 7/3/06<br>Amoxil 500mg ī Bid x 7 days<br>IBU 600 mg ī Bid x 7 days<br>P.R. Dr. McArter/D. Williams LR | Date: |

## PROGRESS NOTES

**Inmate:** William David McWhorter    B

| Date | Notes Should Be Signed by Physician |
|---|---|

**6/15/06** — I/M seen in medical c̄ c/o toothache. Have 1 molar broken off @ gumline. Gum swollen c̄ s/s of infection. Med. Rx: IBU, [illegible], [illegible]. Advised I/M to have family bring in amoxicillin. Stated to refuse I/M c̄ problem of [illegible] teeth. — D. Williams, LPN

**6/17/06** — I/M left message on I/M's sister's answering machine @ home and on cell phone for I/M requesting a month's meds. — D. Williams, LPN

**6/27/06** — I/M seen in sick call c̄ c/o toothache. No abscess noted. Rx for amox. Charged I/M family to bring in IBU for I/M. — D. Williams, LPN

**7/6/06** — I/M approached nurse on pill call — wants IBU left c̄ officers to dispense to him during noc. as well as his BID dosing. Explained to I/M that CO's could not dispense it + pill call was BID but he could buy IBU from store call to have on hand. — [illegible]

**7/11/06** — I/M in for pill call. Took meds + when he walked away he spit pills in mouth + went back to cell. CO's notified + O.I.C. St. [illegible] present. — McCain, [illegible]

## PROGRESS NOTES

Carroll William David McWhorter    B

| Date | Notes Should Be Signed by Physician |
|---|---|
| 7/14/06 | I/M continues to refuse to order plain meds off store call. Woke I/M (a) 6am for pill call. Appeared to be profusely perspiring in mouth. Requested to see mouth check as I/M puffed off + turned around opening mouth + not previously between tongue + cheek. One falling to floor. Officer Vigo, K. Nurse — TA Camp |

MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IBU (Toothache) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BID x 30 (days) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

STARTING FOR 1-5-06  THROUGH 1-31-06

McIntosh

NKDA

SS# 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

Carroll William David    M D

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| IBU 800mg BID x 30 days | A | |
| | P | |

CHARTING FOR 3/1/06 THROUGH 3/28/06

Physician: McWhorter

Allergies: NKDA

Medicare Number: 416883702

RESIDENT: Carroll, William    DOB: 7-15-67    Sex: M

MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amoxil 500 mg ṫ Bid x 7 days | A / P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IBU 400 mg Bid x 7 days | A / P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IBU 600 mg Bid x 7 days | A / P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

STARTING FOR 6/15/04  THROUGH 6/10/04

Allergies: NKDA

416882767

RESIDENT: Carroll, David   6/15/04  MB

| MEDICATION | | | |
|---|---|---|---|
| Ibu[?] | A | | |
| B[?] | P | | |
| [?] | A | | [?] |
| Bid x 7 days | P | | [?] |
| Amoxil 500 mg | A | | [?] |
| Bid x 7 days | P | | [?] |
| Tax[?] | A | | Cont. x 7d |
| [?] x 7 days | P | | |
| Pencaresic T | A | | [?] |
| Bid x 7 days | P | | [?] |
| Pencaresic BID | A | | [?] |
| x 7 days | P | | [?] |

BEGINNING: 7/1/06    THROUGH: 7/31/06

Physician: [?]

Allergies: NKDA

Medicaid Number: 416[?]

Resident: [?]