# EXHIBIT D

# Dentist List

# DENTIST LIST

| Date Today | Inmate Name | Problem | Appt. Day | Complete | Notes |
|---|---|---|---|---|---|
| 9/5 | Hester, Allen | | 1/4/06 | 1/11 | |
| 9/5 | Eddie Green | | | Refused | Tx on 12/19 |
| 9/5 | Morgan, Steve | | 1/4/06 | Released | |
| 9/5 | Hatley, Charlie | | | Released | |
| 9/5 | Kirby, Earl | | | Released | |
| 10/19 | Mary Samuel | | 1/4/06 | Refused Tx. 1/11/06 | |
| 10/19 | Phillips, Reginald | broken tooth | | Released | |
| 10/20 | Wright, Demetrius | broken tooth | | Will do Released | |
| 10/20 | Hester, Ben | toothache | 11/1/06 | Released | |
| 10/20 | Jones, Braxton | broken tooth | | Released | |
| 10/22 | Curley, Gene | broken | | Released | |
| 10/27 | Hunter, Tyrone | toothache | 11/1/06 | refused on 11/1/06 | |
| 11/5 | Carroll, William | broken | 1/11/06 | Refused N/A | |
| 11/6 | Lillie, Pettway | toothache | 11/11/06 | | |
| 11/12 | Sheridan, Jerry | broken | | Released | |
| 11/15 | Burrell, ? | Abcess | | | |
| 11/23 | Tolles, ? | Abcess | | Refused Tx on 12/19 | |
| 1/25 | Murray, William | broken | | Released | |
| 1/25 | Cousins, ? | broken | | Released | |

# DENTIST LIST

| Date Today | Inmate Name | Problem | Appt. Day | Complete | Notes |
|---|---|---|---|---|---|
| 12/1 | Watson, David | | 2/1/06 | | |
| 12/14 | Alexander, Tayron | | 1/4/06 | | |
| 12/14 | Atkinson, Johnson | | | Refused Tx for 12/19 | |
| 12/19 | Ran, George | Abcess | 1/1 | | |
| 12/22 | Howard, Justin | | 1/4/06 | | |
| 12/22 | Richburg, Randy | Broken Tooth | | refused Tx 2/1/06 | |
| 12/26 | J'Nice, Chris | | 2/1/06 | | |
| 12/27 | Lawrence, Kevin | | 2/1/06 | refused Tx | |
| 12/28 | Whittle, Ronald | | refused Tx 2/1/06 | | |
| 1/2/06 | Bozeman, Michael | | 2/1/06 | | |
| 1/4/06 | McClain, Frankie | Broken/Decayed | 2/1/06 | | |
| 1/5/06 | Burell, ? | ? | ? | 2/1/06 ref. | |
| 1/9/06 | Stackmore, Daniel | broken | | | |
| 1/11 | Goldsmith, Chris | Toothache | | | |
| 1/9/06 | Howard, Justin | Bryce Abcess | | 3/1/06 | |
| 1/12/06 | Elam, Jonathan | Broken wisdom tooth | | | |
| 2/2/06 | Mollett, Stacy | tooth broken in gum | | | |
| 1/5/06 | ? | wisdom tooth | Today | 3/1/06 | |
| 2/6/06 | Kelley, Joel | Abscess | 2/7/06 | | |


COPY