IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM DAVID CARROLL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-549-MEF |
| | ) | |
| ANTHONY CLARK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE SPECIAL REPORT AND ANSWER

Defendants, Millard McWhorter, M.D. (incorrectly identified in Complaint as "Dr. McWaters") and Annette Cain, L.P.N. (incorrectly identified as "Annett Cain"), hereby move this Court for an extension of time within which to file its Special Report and Answer. As grounds for said motion, Defendants hereby set down and assign the following:

1.    Pursuant to the Court's June 28, 2006 Order, Defendants' Special Report and Answer is due to be filed by Monday, August 7, 2006.

2.    Defendants have been attempting to gather the information required by the Court to complete the Special Report and Answer but have been unable to do so due to the unavailability of several of the key personnel who provided health care services to the plaintiff.

**WHEREFORE,** Defendants request a sixty day extension within which to complete their investigation and prepare the Special Report and Answer as directed by this Court.

Respectfully submitted,

Daniel F. Beasley
Robert N. Bailey, II

LANIER FORD SHAVER & PAYNE P.C.
200 West Side Square, Suite 5000
P.O. Box 2087
Huntsville, Alabama 35804
(256) 535-1100

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3 day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Scott Wayne Gosnell, Esq.
Webb and Eley, P.C.
7475 Halcyon Pointe Road
P.O. Box 240909
Montgomery , AL  36124

and I hereby certify that I have mailed by United States Mail, postage prepaid, the document to the following non-CM/ECF participant:

William David Carroll
Covington County Jail
290 Hillcrest Drive
Andalusia, AL  36420

Of Counsel