IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| WILLIAM DAVID CARROLL | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-549-MEF |
| ANTHONY CLARK, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants Cain and McWhorter's Motion for Extension of Time, and for good cause, it is

ORDERED that Defendants Cain and McWhorter's Motion for Extension of Time (Doc. No. 20) is GRANTED in part and DENIED in part. Defendants Cain and McWhorter are GRANTED an extension from August 7, 2006 and August 21, 2006, respectively, to September 11, 2006, to file their answer and written report.

DONE, this 10th day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE