In The United States District Court
For The Middle District of Alabama
Nothern Division

William David Carroll,
    Plaintiff,

Vs.

Anthony Clark, et al.
    Defendants.

Civil Action No. 2:06-CV-549-MEF

Notice of Change of Address:

to: My mailing address has been changed
William David Carroll
# 203829 A
P.O. Box 150
Mount Meigs, Al. 36057

## Certificate of Service

I hereby certify that I have mailed by United States Mail, a hand written copy of same Notice of Change of Address to the attorneys for the defendants:

Scott Wayne Gosnell
P.O. Box 240909
Montgomery, Al. 36124

Lanier, Ford, Shaver & Payne
P.O. Box 2087
Huntsville, Ala. 35804

Respectfully submitted this the 29th day of August, 2006.

William David Carroll
Signature of Plaintiff