IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIAM DAVID CARROLL,      )
                                    )
     Plaintiff,                )
                                      )
v.                                      )     CASE NO. 2:06-CV-549-MEF
                                      )
ANTHONY CLARK, *et al.*,      )
                                      )
     Defendants.           )

## AFFIDAVIT OF ANNETTE CAIN, L.P.N.

Before me, the undersigned notary public, in and for said County and State, personally appeared **Annette Cain, L.P.N.**, who, after first being duly sworn by me, deposes and states as follows:

1.     My name is Annette Cain, L.P.N.. I am over the age of 19 years and have personal knowledge of the facts contained herein.

2.     I am a licensed practical nurse. I obtained my L.P.N. degree in 1982 from McArthur State College in Opp, Alabama, and became licensed by the State of Alabama as an L.P.N. in 1982. From 1982 to 1985, I worked as an L.P.N. on the emergency room and surgery departments of Columbia General Hospital in Andalusia, Alabama. From 1985 to 1986, I worked as an L.P.N. for Dr. Joseph Herrod in Enterprise, Alabama, where my nursing care focused on behavioral modification. From 1986 to 1988, I was an L.P.N. at Opp nursing facility. From 1988 to 1990, I was an L.P.N. for Dr. Steven Price in Opp, Alabama, who had a private surgery practice. From 1990 to 1992, I was an L.P.N. at Oxford Home Health Care in Oxford, Alabama. From 1992 to 2005, I was an L.P.N. at Andalusia Manor Nursing Home.

3.      From September 2005 to the present, I have been employed as an L.P.N. for Southern Health Partners, Inc. ("SHP") at the Covington County Jail in Andalusia, Alabama.  In late November 2005, I became medical team administrator.

4.      SHP provides medical care to inmates in various jail facilities including the Covington County Jail. During the entire time of plaintiff's incarceration in the Covington County Jail, health care services have been provided to the inmates by SHP pursuant to a contract between SHP and the Covington County Commission. Health care in the jail is provided under the direction of a medical team administrator as well as a medical director. During the period complained of by the plaintiff in this action, the medical director in the jail was Dr. Millard McWhorter and I was the medical team administrator.

5.      When an inmate in the jail requires routine medical care, he or she obtains an inmate sick call slip from the corrections officer on duty in the housing unit and that form is provided to the medical staff for action. Routine sick calls are conducted by the medical staff inside the housing unit.

6.      As I understand the plaintiff's complaint in this case, the plaintiff alleges that Dr. McWhorter and I denied him medical attention by failing to respond to his complaints of a toothache.

7.      I have reviewed SHP's medical chart concerning the plaintiff, a true and correct copy of which is attached hereto as Exhibit A.

8.      The plaintiff was booked into the Covington County Jail on November 19, 2005. On December 17, 2005, the plaintiff underwent a history and a physical, wherein he noted no problem with his teeth.

9.     On January 4, 2006, the plaintiff completed a sick call slip, wherein he complained that a piece of his tooth broke off while eating supper. On January 5, 2006, I responded to the plaintiff's sick call, noting that his No. 18 molar had broken into his gum line and that the plaintiff was experiencing some pain. I placed the plaintiff on the inmate dental list and, pursuant to Dr. McWhorter's treatment protocol, ordered that the plaintiff receive ibuprofen 800 mgs. twice a day for 30 days for his pain.

10.     After being placed on the dental list, the plaintiff was scheduled for a dental appointment on January 11, 2006, but the plaintiff refused to attend his appointment. The plaintiff was rescheduled for a dental appointment on February 1, 2006, and he again refused to attend the appointment. After his two refusals to see a dentist, the plaintiff was removed from the dental list.

11.     From February 1, 2006 through June 11, 2006, the plaintiff completed no sick call slips and made no complaints of tooth problems.

12.     On June 12, 2006, the plaintiff completed a sick call slip, complaining of a toothache. In his complaint in this lawsuit, the plaintiff alleges that he was denied adequate medical treatment in response to this sick call slip. That is not true. On June 15, 2006, Dianne Williams, LPN, saw the plaintiff in response to his toothache complaint. Ms. Williams noted that the plaintiff had an abscess to the back of his upper tooth. She placed the plaintiff on the inmate dental list. Moreover, pursuant to Dr. McWhorter's treatment protocol, the plaintiff was prescribed amoxil 500 mgs. twice a day for 7 days for the abscess and ibuprofen 600 mgs. twice a day for 7 days for the plaintiff's pain. The medical staff also approved the plaintiff's family to bring the plaintiff a mouth guard to help the plaintiff with problems grinding his teeth.

13.     On June 17, 2006, Dianne Williams left a message on the plaintiff's sister's answering machine at home and on her cell phone that the plaintiff was requesting a mouth guard.

14.    On June 23, 2006, the plaintiff completed a sick call slip, complaining that he still had a toothache and needed something for the pain. On June 27, 2006, Dianne Williams saw the plaintiff, and noted that he no longer had an abscess. Pursuant to Dr. McWhorter's treatment protocol, the plaintiff was prescribed ibuprofen 600 mgs. twice a day for 7 days to treat the plaintiff's complaints of pain.

15.    On July 4, 2006, the plaintiff completed another sick call slip complaining of a toothache. Dianne Williams saw the plaintiff on July 5, 2006, noting that the plaintiff's right upper tooth was red and swollen. The plaintiff was again prescribed, pursuant to Dr. McWhorter's treatment protocol, amoxil 500 mgs. twice a day for 7 days and ibuprofen 600 mgs. twice a day for 7 days.

16.    On July 6, 2006, I entered a note, stating that the plaintiff had approached a nurse on pill call and requested that his ibuprofen be left with officers to dispense to him. I explained to the plaintiff that correction officers did not dispense medications and that pill call was twice a day. I also informed the plaintiff that he could buy ibuprofen from store call to have on hand.

17.    On July 11, 2006, the plaintiff was up for his pill call. He took his medications, but when he walked away, he spit the pills out of his mouth and went back to his cell. I entered a note on July 11, 2006 describing this incident.

18.    On July 13, 2006, the plaintiff complained of an "ongoing toothache." On July 14, 2006, Dianne Williams treated the plaintiff for his complaints. She noted that there were no signs or symptoms of infection. Pursuant to Dr. McWhorter's order, the plaintiff was prescribed Percogesic twice a day for 7 days.

19.    On July 14, 2006, I entered a note stating that the plaintiff continued to refuse to order pain medication from store call.

20.    On July 17, 2006, I entered a note describing an incident where the plaintiff was at the door for pill call and appeared to be pocketing his Percogesic dosage in his mouth. I requested that the plaintiff allow me to do a mouth check and he walked away. As he turned around, he opened his mouth and he had Percogesic between his tongue and cheek. One of these pills fell to the floor.

21.    On July 23, 2006, the plaintiff complained that his tooth was swollen again and that he had a toothache. I saw the plaintiff on July 24, 2006, noting that the plaintiff's right upper last molar had a reddened gum. I noted no exudate or pus pockets. I noted that the plaintiff remained on the dental list and that he had chosen to have analgesics provided by the medical staff. Dr. McWhorter again ordered that the plaintiff receive Percogesic twice a day for seven days.

22.    On July 26, 2006, the plaintiff was sent to Dr. Burkhardt, a local dentist, for a dentist consultation and a tooth extraction.

23.    The plaintiff's medication administration record ("MAR") demonstrates that the plaintiff was administered all prescribed medication for his toothache.

24.    All of the information contained herein is based upon my personal knowledge and the plaintiff's medical chart.

25.    All necessary care provided to the plaintiff was appropriate, timely and within the standard of care.

26.    On no occasion was the plaintiff ever at risk of serious harm, nor was I ever indifferent to any complaint that he made.

Annette Cain, L.P.N.

STATE OF ALABAMA            )
                           )
COUNTY OF _Covington_      )

I, the undersigned Notary Public in and for said county in said state, hereby certify that Annette Cain, whose name is signed to the foregoing and who is known to me, acknowledged before me that, being fully informed of the contents of said instrument, she executed the same voluntarily on the day the same bears date.

GIVEN UNDER MY HAND and official seal on this the _28_ day of _August_, 2006.

_Patricia G. Sweatt_
Notary Public
My Commission Expires: ___1-29-09___

# Affidavit of Annette McCain
# Exhibit A

*Southern Health Partners*

# MASTER PROBLEM LIST

For Common Chronic Condition Patients. Chronic Condition are to include but not limited to: Diabetes (IDDM/NIDDM), Hypertension, Pregnancy, HIV, AIDS, Asthma, Seizure, Diagnosed Mental Illness, CHF, Hepatitis

Patient's Name (Last/First/Middle): _Carroll, William David_

ID#: _416882767_ DOB: _7-15-67_ Sex: _M_ Intake Date/s: _N/A_

| Date Problem Identified-Dx | Chronic Condition | M.D. Comments | Date Of Initial M.D. Eval | M.D. Initials |
|---|---|---|---|---|
| 12/17/05 | H/o hernia repair 1987 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

H & P Date: _12/17/05_ Allergies: _NKDA_

PPD Test Date: _12/17/05_ PPD Results Date: _12/19/05_ PPD Results: _0_ mm

Facility Name: _Covington Co. Jail_

# Physician's Orders

Inmate Name: Carvell, William David

SS#: 416 88 2767

DOB: 7-15-67

Allergies: NKDA

Covington
County
Jail

---

Date: 1-5-06

IBU 800mg BID X 30days (toothache)

PU t.x. Di _____ D. McWhorter _____

M.D. Sig.

---

Date: 6/5/06

Amoxil 500mg Bid x 7days

IBU 600 mg Bid x 7days

P.P. Dr. McWhorter /D. Williams

---

Date: 6/27/06

IBU 600mg Bid x7 days

P.P. Dr. McWhorter /D. Williams

---

Date: 7/5/06

Amoxil 500mg ī Bid x 7 days

IBU 600 mg ī Bid x 7days

P.P. Dr. McWhorter /D. Williams

---

Date: 7/14/06

IBU 600mg Bid x 7days

P.P. Dr. McWhorter /D. Williams

M.D. Sig.

---

Date: 7/18/06

Percodesic ī Bid x 7 days

P.P. Dr. McWhorter /D. Williams

M.D. Sig.

---

Date: 7-24-06

Percodesic ī B.I.D

P.P. Dr. McWhorter _____

# PROGRESS NOTES

| Physician | First Name | Attending Physician | Room No | Hosp. No |
|-----------|------------|---------------------|---------|----------|
| Carroll | William David | McInTosh | B | |

| Date | Notes Should Be Signed by Physician |
|------|-------------------------------------|

7/14/06  I/m continues to refuse to order pain meds off store call. W. Williams fa

7/17/06  I/m @ door for pill call. Appeared to be promoting percogesic in mouth. Requested to do mouth check, as, I/m walked off, he turned around opening mouth + had percogesic between tongue + cheek. One falling to floor. Officer Vigor to nurse. — W. Camp

Dr. _____

## PROGRESS NOTES

Carroll | William David McWhorter | P-____ B

| Date | Notes Should be Signed by Physician |
|------|-------------------------------------|

**6/15/06** I/M seen in medical c̄ C/o toothache. Uncle ↑ molar broken off @ gumline. Swollen c̄ s/s of infection. Med ABT c̄ IBU for pain. Also okayed for I/M to have family bring in a money order to help I/m c̄ problem of affording dental. ___ J. Williams, LPN

**6/17/06** LPN left message on I/m's sisters answering machine @ home and on cell phone for I/m requesting a money order. ___ J. Williams, LPN

**6/27/06** I/M seen in sick call c̄ C/o toothache. No abscess noted. Rx for pain. Charge I/m family to bring in IBU for I/m ___ J. Williams, LPN

**7/6/06** I/m approached nurse on pill call — wants IBU left c̄ officers to dispense to him during noc. as well as his BID dosing. Explained to I/m that CO's could not dispense it + pill call was BID but he could buy IBU from store call to have on hand. ___ C. Cain LPN

**7/11/06** I/m ↑ for pill call. Took meds + when he walked away he spit pills in mouth. + went back to cell. CO's notified + J.D. St. Louis present. ___ C. Cain LPN

Dr ____



**SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP -- MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: _7-23-06_  Pod/Location: _B-BIK_  Cell: _14_  ID# _____

Inmate's Full Name: _William David Carroll_

Complaint/Problem: _Tooth swollen again, Tooth-ache_

_____

How long have you had this problem? _June 12th, 2006_

Inmate's Signature: _William D. Carroll_  Date: _7-23-06_

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:  Temp _96.5_  Resp _____  Pulse _69_  B/P _142/93_

Instructions/Assessment: Document your findings, inmate's responses/actions _(R) 1 last_

_molar with gum reddened, ⊘ exudate._
_plus pockets noted. Tooth again_
_once again. I/M remains on dental_
_list + chooses to have analgesic_
_provided by medical. ⊘ lymph node swelling._

☒ Received Orders -- thru Treatment Protocols; via telephone order; via verbal order .
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: _7/24/06_  Seen by: _C. Cain Lpn_

*Place original form in patient's medical record.*



**SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: *7-13-06* Pod/Location: *B-BIK* Cell: *14* ID# 

Inmate's Full Name: *William DAVID CARROLL*

Complaint/Problem: *On going tooth ache*

_____

How long have you had this problem? *31 + days*

Inmate's Signature: *William D. Carroll*        Date *7-13-06*

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:   Temp *98.0*  Resp *20*  Pulse *78*  B/P *134/80*

Instructions/Assessment: Document your findings, Inmate's responses/actions

*C/O toothache. Will Rx for pain. No S/S of infection noted. Will Rx c̄ Percogesic d/t C/O stomach upset!*

☑ Received Orders – thru Treatment Protocols; via telephone order, via verbal order
☐ Follow-Up Required? If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: *7/14/06* Seen by: *N.D. Williams, COC*

*Place original form in patient's medical record*



 **SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correct one officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: _7-4-06_ Pod/Location _B - B/K_ Cell: _14_ ID# _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_

Inmate's Full Name: _William David Carroll_

Complaint/Problem: _Tooth - Ache_

How long have you had this problem? _25 days_

Inmate's Signature: _William David Carroll_ Date _7-4-06_

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs: Temp _97.0_ Resp _20_ Pulse _61_ B/P _151/94_

Instructions/Assessment. Document your findings. Inmate's responses/actions _____

_(R) U tooth (back) red and swollen._

_Will Rx for abscess and pain_

☑ Received Orders – thru Treatment Protocols: via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: _7/5/06_ Seen by: _L. Williams, LPN_

*Place original form in patient's medical record*

AUG-16-2006 16:29A FROM:COVINGTON CNTY JAIL    TO:12565339522    P.9



**SOUTHERN HEALTH PARTNERS**

## INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: _6/23/06_ Pod/Location: _B-B/K_ Cell: _14_ ID# _A16-88-2267_

Inmate's Full Name: _William David Carroll_

Complaint/Problem: _I still have a tooth-ache & am in need of something for the pain_

How long have you had this problem? _15 days to date being 6-23-06_

Inmate's Signature _William D. Carroll_ Date _6/23/06_

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs: Temp _97.0_ Resp _20_ Pulse _72_ B/P _140/86_

Instructions/Assessment: Document your findings. Inmate's responses/actions _Will RX C TBU for pain. No abscess noted._

☑ Received Orders – thru Treatment Protocols: via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☑ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical _6/27/06_ Seen by _N. Williams, LPN_

*Place original form in patient's medical record*



**SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: _6/12/06_ Pod/Location: _B-block_ Cell: _#14_ ID# _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_

Inmate's Full Name: _William David Carroll_

Complaint/Problem: _Tooth-ache_

How long have you had this problem? _about 4 days - off & on._

Inmate's Signature _William David Carroll_ Date: _6/12/06_

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs: Temp _97.6_ Resp _18_ Pulse _65_ B/P _154/83_

Instructions/Assessment: Document your findings, inmate's responses/actions _____

_Abress to back upper tooth. On_
_dental list. Will Rx c̄ ABT therapy_
_and IBU_

☑ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☑ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical _6/15/06_ Seen by: _N. Williams, LPN_

*Place original form in patient's medical record.*



# INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the medical staff member. You will be charged in accordance with the medical co pay system at

Date 1-4-06  Pod/Location D-Block  Cell _____  ID# 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

Name William David Carroll

Was eating supper tonight & a piece of my tooth broke off. It broke beside where the filling is.

How long have you had the problem? Just happen tonight being 1-4-06

Signature William R. Carroll  Date 1-4-06

## TO BE COMPLETED BY MEDICAL STAFF:

Vital Signs.  Temp 97'  Resp 18  Pulse 78  B/P 120/72

Document your findings, Inmate's responses/actions

#18 molar broken into gumline. Some pain involved. Placed on dental list. Will RX for pain.

X _____ – Thru Treatment Protocols, via telephone order, via verbal order
_____ If checked, date to be seen again _____

X Charged through medical co-pay for this visit

Date 1/5/06  Seen by: _____

Southern Health Partners, Inc.

## ADMISSION DATA / HISTORY AND PHYSICAL FORM

Exam Date: 12-17-05   S.S.#: 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   ID#: 5416882767

Inmate Name: Carroll William David
(Last) (First) (Middle)

Alias: _____   Date Booked: 11-19-2005

Address: 31867 Pigeon Creek Rd Red Level, Al 36474
(Street) (City) (State) (Zip)   County: _____

Telephone: NA   Birthdate: 07-15-1964   Religion: nonden.

Education Completed: 5th grade   Special Education: _____

Marital Status: S M W (D) Separated   Read/Write English: (YES) NO Other: _____

Previous Incarcerations: (Facility/Date) Walton CI - Covington County Jail

### MEDICAL HISTORY

Notify in Emergency: Linda Bowman   Sister
(Name) (Relationship)

Address: 14014 Howell Rd. Andalusia Al 35420   Phone: 222-5745
(Street) (City) (State) (Zip)

Health Insurance: none
(Type of Insurance)

Family Physician: none _____ _____ _____ _____ _____
(Name) (Street Address) (City) (State) (Zip) (Policy Number) (Phone Number)

Past Hospitalizations (include surgeries): 1987 - hernia repair
Georgia Hosp.
(Location) (Street Address) (City) (State) (Zip)

Head Injury with Loss of Consciousness: no   Last Tetanus: 2000   Immunization:

Allergies: NKA

Current Medication(s): none

### MENTAL HEALTH EVALUATION

Hospitalization for Mental Health Reasons: YES (NO) If Yes, Why: _____

Where: _____   When: _____
(Location) (Street Address) (City) (State) (Zip)

Psychotropic Meds (Specify type and last dose): _____

Prior Counseling/Out-Patient Treatment for: no

Where: _____   When: _____
(Location) (Street Address) (City) (State) (Zip) (Date)

Have you ever attempted suicide: no   How: _____   When: _____
(Date)

Have you recently considered committing suicide? no

Do people consider you a violent person? no

Have you ever been arrested for a violent crime/sexual offense? (Specify) yes - murder 2nd 1986
(Date)

Street drugs: yes - meth - daily 2/6yrs   Smoker: yes   Etoh: no
(Type-Quantity) (How Often) (How Long) (Type)

Inmate's Signature: William David Carroll   Date: 12-17-05

Interviewer's Signature: Kelli Ballin LPN   Date: 12-17-05

Witness: (if physical is refused): _____   Date: _____

# MEDICAL HISTORY & PHYSICAL ASSESSMENT

| Problems | Yes | No | Problems | Yes | No | Problems | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Vision | | ✓ | Hypertension | | ✓ | Gonorrhea | | ✓ |
| Hearing | | ✓ | Anemia | | ✓ | Syphilis | | ✓ |
| Balance/Dizziness | | ✓ | Blood | | ✓ | Muscle Problem | | ✓ |
| Blackouts | | ✓ | Stomach Pain | | ✓ | Joint Problem | | ✓ |
| DT's | | ✓ | Heartburn | | ✓ | Arthritis | | ✓ |
| Headaches | | ✓ | Ulcer | | ✓ | Other | | ✓ |
| Seizures | | ✓ | Nausea/Vomiting | | ✓ | Other | | |
| Nervous Disorder | | ✓ | Gall Bladder | | ✓ | Regular Menstrual Period | | |
| Throat | | ✓ | Liver | | ✓ | Irregular Menstrual Period | | |
| Teeth | | ✓ | Hepatitis | | ✓ | # of days Menstrual Period | | |
| Asthma | | ✓ | Diabetes | | ✓ | LMP | | |
| Hay Fever | | ✓ | Kidney Disease | | ✓ | Gravida/Para | | |
| Pneumonia | | ✓ | Bladder Infection | | ✓ | Last Pap | | |
| Tuberculosis | | ✓ | Trouble Voiding | | ✓ | Contraception | | |
| Heart | | ✓ | Pediculi (lice) | | ✓ | Other | | |

## EXAM:

Age __8__ Sex __M__ Race __W__ Ht. __5'9__ Wt. __103.5__

Pulse __50__ BP __140/90__ Temp. __96.4__ Resp. __20__

| Area/Type | N | A/Comment | Area/Type | N | A/Comment |
|---|---|---|---|---|---|
| Skin: Color, Condition, Turgor, Recent Inj. | | OK | Chest (Breasts): Configuration, Auscultation, Respirations, Cough/Sputum | | OK |
| Head: Glasses, Pupils, Sclera, Conjunctiva, Vision | | OK | Heart: Auscultation, Radial pulses, Apical pulse, Rhythm | | OK |
| Ears: Appearance, Canals, Hearing | | OK | Extremities: Pulses, Edema, Joints | | OK |
| Mouth: Tooth/Gums, Dentures, Plates, Throat, Tongue, Tonsils | | OK | Abdomen: Shape, Palpation, Hernia, Bowel Sounds | | OK |
| Nose | | OK | Spine | | OK |
| Neck: Veins, Mobility, Thyroid, Carotids, Lymph nodes | | OK | Genital/Urinary System | | OK |

## LABORATORY TESTS

| | Date & Initial | Results |
|---|---|---|
| Was PPD planted and read timely? | 12-17-05 | 12/9/05 QC ⌀ |
| VDRL / RPR | ⌀ | |
| Other Lab Tests needed: | ⌀ | |
| Pregnancy Test? | ⌀ | |

## MENTAL HEALTH OBSERVATION

| | N | A/Comment |
|---|---|---|
| Orientation (person, place, time) | | X3 |
| General appearance (motor behavior, mannerisms), Affect (mood) | | Calm/cooperative |
| Content of thought, history of suicide, present thoughts of suicide | | OK |

Physical Examiner's Signature: _Kelli Wallis LPN_    Date: _12-17-05_

Physician's Signature: _____    Date: _____

# Tuberculosis Screening and Treatment

Results: _____

## What is Tuberculosis:

Tuberculosis ("TB") is a serious, infectious (transmitted through the air) disease that most commonly affects the lungs. In the lungs, the bacteria destroys elastic lung tissues and is replaced with fibrous connective tissues. The general symptoms of active TB are often subtle, unnoticeable and may include: Fatigue; Weight Loss; Fever; Chills; and Night Sweats. Symptoms of TB in the lungs may include: a persistent cough; chest pain; and coughing up blood. Although TB is preventable and can be cured with proper medication, 5% to 10% of those with active TB will die from the disease. This is usually due to patients not taking their medications correctly or improper drug treatment. TB is usually diagnosed through the use of the Mantoux tuberculin skin test. In this test, a dose of purified protein derived from the Tubercle bacilli, which is non-infectious, is injected into the upper layer of skin on the inside of the forearm. Forty-eight to 72 hours after the injection, the test site is examined. In most cases a hardened area of tissue 10 millimeters or larger is considered an indication of infection with TB, but it is not necessarily an indication of having active TB. Chest x-rays and sputum smears and cultures are used to test for active TB.

There are several high risk groups in the US that are known to have a high rate of TB. They include:

- The homeless;
- Alcoholics;
- The elderly;
- IV drug users
- Prison inmates
- Persons with HIV infections/AIDS

## Screening:

Upon consent, all new inmates who are processed into jail, without written proof of receiving TB testing in the past year, will receive purified protein derivative (PPD) during the health screening. A nurse will read the PPD forty-eight (48) to seventy-two (72) hours afterwards and document the results in the patient's medical file. The patient will be instructed during the health screening to the necessity of follow-up medical care, the results (both positive or negative) and treatment which may be necessary.

## Treatment:

During the screening, if a patient states he/she is past positive, we will not plant PPD, but will obtain a chest x-ray to see if the tuberculosis is active. When a nurse reads a positive PPD, a chest x-ray will be ordered as per physician protocol. The patient will receive information regarding the test results, symptoms of TB, proposed treatment, and follow-up care, etc.

Should the chest x-ray suggest active TB, the local Health Department, SHP Medical Team Administrator, and SHP corporate office should be notified immediately. Initiating therapy/treatment should begin under the recommendations of the local Health Department and in conjunction with the jail physician. The jail will immediately segregate the patient from general population. All people who have come in contact with the patient will have a skin test. The patient will have restricted movement and visitors in the jail, and will be required to wear a mask at all times during contact with staff and/or other persons, until subsequent tests prove no longer infectious.

All new inmates who are processed into the jail, who are on treatment and deemed not infectious will be housed in general population. If a patient is released from jail during therapy, the local Health Department will be notified and provided with the patient's release location and/or the patient's last known address.

## Consent for Testing/Treatment:

I hereby give my consent for TB testing and/or treatment, if needed. I have read and understand the above information regarding testing and treatment procedures.

Signature: _William David Carroll_    Date: _12/17/05_

Witness: _Kelli Hall LPN_    Date: _12/17·05_

Confidential Medical Information

| Covington County Sheriff<br><br>Printed: Sun Nov 20, 2005 | MEDICAL SCREENING FORM<br><br>WILLIAM DAVID CARROLL (S416882767) | Booking Number<br>200009274 |
|---|---|---|
| | | Booking Date<br>NOVEMBER 19th, 2005 |

## ADMISSION OBSERVATIONS

| | | | | | |
|---|---|---|---|---|---|
| Is inmate conscious? | (Y) N | Is inmate capable of responding? | (Y) N | Can inmate walk on own? | (Y) N |
| Any difficulty breathing? | Y (N) | Is inmate hostile/aggressive? | Y (N) | Any visible signs of trauma, bleeding, wounds or illness? | Y (N) |
| Did arrest result in injury? | Y (N) | Any fever, swollen lymph nodes, or jaundice? | Y (N) | Is skin in good condition and free of vermin? | (Y) N |
| Is inmate under obvious influence of alcohol? | Y (N) | Is inmate under obvious influence of drugs? | Y (N) | Any visible signs of alcohol or drug withdrawal symptons? | Y (N) |
| Does inmate suggest risk of suicide? | Y (N) | Do you consider inmate an escape risk? | Y (N) | | |

Observations

**SUBJECT SEEMS TO BE IN GOOD HEALTH AT TIME OF INTAKE**

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y (N) | Heart Disease | Y (N) | Mental/Emotional Upset | Y (N) |
| Tuberculosis | Y (N) | Hypertension | Y (N) | Attempted Suicide | Y (N) |
| Sexually Transmitted Disease | Y (N) | Epilepsy/Convulsions | Y (N) | Asthma/Emphysema | Y (N) |
| Ulcers | Y (N) | Hemophiliac (bleeder) | Y (N) | Cancer | Y (N) |
| Kidney Trouble | Y (N) | Aids/Exposed to Aids | Y (N) | Diabetes | Y (N) |
| DT's | Y (N) | Skin Problems | Y (N) | Use Insulin | Y (N) |
| Drug Addiction | Y (N) | Alcholism | Y (N) | Mental Illness | Y (N) |
| Recent Head Injury | Y (N) | Coughed/Passed Blood | Y (N) | Recent Hospital Patient | Y (N) |
| Recent Treatment | Y (N) | Use Needles | Y (N) | False Limbs/Teeth | Y (N) |
| Contagious Disease | Y (N) | Pregnant/Recent Delivery | Y (N) | | |

Doctors Name and Address

**NONE**

Health Insurance

**NONE**

Special Diet

**NONE**

Prescriptions/Medications

**NONE**

Drug Allergies

**NONE KNOWN**

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____  Date: _____  Time: _____

Officers's Signature _____  Date: _____  Time: _____
    CJ017  MILLER, J.D.

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IBU 600 mg Bid x 7 days | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IBU 600 mg Bid x 7 days | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Amoxil 500 mg i Bid x 7 days | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IBU 400 mg Bid x 7 days | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Percogesic Ti Bid x 7 days | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Percogesic Ti BID x 7 days | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

STARTING FOR ___7/1/06___   THROUGH ___7/31/06___

Location   McWhorter

Physician   NKDA

Telephone No
Alt. Telephone
Rehabilitative Potential

Medical Record No.

Medicaid Number   916782767

Resident   Carroll, David   DOB 7/15/67   Sex M   Room B

Approved By Doctor

Title      Date
Patient Code

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amoxil 500 mg Ti Bid x 7 days | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IBU 600 mg Bid x 7 days | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IBU 600 mg Bid x 7 days | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**ACTING FOR** 6/15/06 **THROUGH** 6/30/06

Physician

Allergies: NKDA

Medicaid Number: 416882267 #5

RESIDENT: Carroll, David

DOB: 5/15/19__   Room: B

Approved By Doctor

MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IBU 800mg BID X 30 days | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

STARTING FOR 2/1/06    THROUGH 2/28/06

Physician    Mawhorter

Allergies    NKDA

Medicaid Number

Medicare Number  416882762

Approved By Doctor  By

RESIDENT  Carroll, William David    D.O.B. 7-15-67  Sex M  Room D

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IBU 800MG (Toothache) BID X 30 days | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |



---

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

RTING FOR ___1-5-06___  THROUGH  ___1-31-06___

Physician: _____

NKDA

Medicaid Number: 416 882767  SS#

RESIDENT: CARROLL, William David

Approved By Doctor

M   D



# INMATE SERVICES LOG

SOUTHERN HEALTH PARTNERS

Site Name  2085  Covington Co.    Week of  7/24/06  to  7/30/06

| Service Date | Inmate Name Last First | Service to be Performed i.e. Dental, X-ray, ER Visit, Inpatient Hospitalization, etc. | Inside or Outside Service | Vendor of Service | Diagnosis | Inmate Status (County, State, Federal, City, etc. and Last Payer responsibility) |
|---|---|---|---|---|---|---|
| 7/24/06 | Carolyn Kenneth | CT Scan | OUT | Southeastern Hosp. | Aortic abdll. | CO. |
| 7/24/06 | Stanley Christine | Evaluation | OUT | South Central Winn Mental Health | F/u | CO. |
| 7/26/06 | Hilldale Paige | Evaluation | OUT | Winn Mental Health | F/u | CO. |
| 7/26/06 | Rhodes William | dental | OUT | Dr. Buckhalt | Bont Close | CO. |
| 7/26/06 | Rhodes Johnné | dental | OUT | " | Extraction | CO. |
| 7/26/06 | Rhodes William | dental | OUT | " | " | CO. |
| 7/26/06 | New Ronald | dental | OUT | " | " | CO. |
| 7/26/06 | Caldwell David | dental | OUT | " | " | CO. |
| 7/2/06 | Desilius Christal | " | OUT | mightcaine ext-e | Extrg. |
| 7/2/06 | Russell Willis | Eval | CXT | " | " | CO. |
| 7/2/06 | Wilson George | Eval | IN | Palindro | Viquette Unclabuvia P.D. |

# TB SKIN TEST VERIFICATION FORM

William David Carroll

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

12-17-05

D-Block

12-19-05

TEST TO BE READ WITHIN 72 HOURS

O

0

R am

AUG-16-2006 10:35A FROM:COVINGTON CNTY JAIL                    TO:12565339322       P.22

*Up to date List*

# DENTIST LIST

| Date Today | Inmate Name | Problem | Appt. Day | Complete | Notes |
|---|---|---|---|---|---|
| 8/05 | Rhodes, William | | 1/4/06 | 1/11 | |
| 8/05 | Eddie Green | | ~~1/4/06~~ | Refusal | Tx on 12/19 |
| 8/05 | Morgan, Steve | | 1/4/06 | Released | |
| 8/05 | Holley, Charlie | | | Released | |
| 9/05 | Finley, Lloyd | | Released | | |
| 10/19 | Mare, Samuel | | 1/4/06 | refused tx. 1/11/06 | |
| 10/7 | Phillip, Reginald | Broken tooth | | Released | |
| 10/20 | Wright, Demetrius | broken tooth | | will do Released | |
| 10/20 | Hunter, Ben | toothache | 1/4/06 | Released | |
| 10/20 | Dorsey, Branton | broken tooth | | Released | |
| 10/25 | Fainley, James | broken | | Released | |
| 10/27 | Hunter, Tyrone | toothaches | 1/4/06 | refused on 2/1/04 | |
| 11/5 | Carroll, William | broken | 1/11/06 | refused tx | |
| 11/8 | Lillie, Rolligin | Toothache | 1/11/06 | | |
| 11/15 | Sheridan, Jim | Broken | | released | |
| 11/15 | Bush, Tony | Abcess | | | |
| 11/7 | Tolliver, Arnie | Abcess | | Refused Tx on 12/19 | |
| 11/23 | Albury, Willie | Broken | | Released | |
| 11/28 | Lawhorne, Kevin | broken | | Released | |

Revised 04/06/04 J C

COPY

AUG-16-2006 10:35A FROM:COVINGTON CNTY JAIL                    TO:12565339322          P.23

# DENTIST LIST

| Date Today | Inmate Name | Problem | Appt. Day | Complete | Notes |
|---|---|---|---|---|---|
| 12/14 | Watson, Clint | | 2/1/06 | | |
| 12/14 | Alexander, Tayra | | 1/1/06 | | |
| 12/14 | Addison, Chrison | | Refused Tx for 12/19 | | |
| 12/19 | Stan, George | Abscess | 1/11 | | |
| 12/22 | Hancock, Justin | | 1/4/06 | | |
| 12/22 | Richburg, Randy | Broken Tooth | refused tx 2/1/06 | | |
| 12/26 | Nix, Chris | | 2/1/06 | | |
| 12/27 | Lawrence, Kevin | | 2/1/06 | refused tx | |
| 12/29 | Whitten, Ronald | refused tx 2/1/06 | | | |
| 12/06 | Bozeman, Michael | | 2/1/06 | | |
| 1/4/06 | McClain, Frankie | Broken/Decayed 2/1/06 | | | |
| 1/5/06 | Carroll, William David | broken/decayed 2/1/06 | ref. tx | | |
| 1/6/06 | Kardemire, Daniel | broken | | | |
| 1/7/06 | Goldsmith, Glen | 1st pulled tooth | | | |
| 1/20/06 | Hancock, Justin | Broken/Abscess | 3/1/06 | | |
| 1/29/06 | Flinn, Jonathan | infected wisdom tooth | | | |
| 2/2/06 | McArt, Stacy | tooth broken into gum | | | |
| 2/5/06 | Riley, Christopher | Wisdo tooth P. decay hole | 3/1/06 | | |
| 2/6/06 | Kelley, Joel | ABSESS | 2/7/06 | | |

Revised 04/06/04 J.C.

