In the United States District Court
For The Middle District of Alabama
Northern Division

William David Carroll,
    Plaintiff,

v.

Anthony Clark, et al.,
    Defendants.

Case No. 2:06-CV-549-MEF

RECEIVED 2006 OCT -4 A 9:36

## Motion For Extension of Time To Address Arguments of Each Special Report

Plaintiff, William David Carroll, hereby move this Court for an extension of time within which to file a response addressing each argument. As grounds for said motion, Plaintiff hereby set down and assign the following:

1. Pursuant to the Courts September 15, 2006 Order, Plaintiff's Response addressing each argument is due to be filed by October 3, 2006.

2. Plaintiff has been in transit untill September 21, 2006.

3. Plaintiff has now been made available to him access to move around inorder to frequent the law library

law library.

4. Plaintiff is also trying to obtain the necessary documents and copies thereof to prepare his arguments.

5. Plaintiff has just reached his permanent institution on September 21, 2006 and had no sure means of or access to anything necessary to prepare his argument.

Wherefore, Plaintiff request a sixty day extension within which to complete his response to each argument and to obtain the documents needed and answer as directed by this court.

Respectfully submitted,

*William David Carroll*
William David Carroll

## Certificate of Service

I William David Carroll do hereby certify that I have mailed by United States Mail, postage prepaid, a copy of said Motion to the following:

Lanier Ford Shaver & Payne P.C.
200 West Side Square, Suite 5000
P.O. Box 2087
Huntsville, Al. 35804

Scott Wayne Gosnell, Esq.
Webb and Eley, P.C.
7475 Halcyon Pointe Road
P.O. Box 240909
Montgomery, Al. 36124

Done this 26th day of September 2006.