IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

WILLIAM DAVID CARROLL            *

    Plaintiff,                              *

v.                                              *        2:06-CV-549-MEF

ANTHONY CLARK, *et al.*,          *

    Defendants.                          *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, in which he requests an additional sixty (60) days to file his response to Defendants' written report, and for good cause, it is

ORDERED that the motion (Doc. No. 25) be and is hereby DENIED.

It is further

ORDERED that Plaintiff is GRANTED an extension from October 3, 2006 to November 1, 2006 to file his opposition.

DONE, this 6th day of October, 2006.

                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE