In the United States District Court
For the Middle District of Alabama
Northern Division

William Carroll,
  Plaintiff,
v.                                     Civil Action No. 2:06-CV-549-MEF
Anthony Clark et al.,
  Defendants.

## Motion For Appointment of Counsel

Pursuant to 28 U.S.C. 1915(e)(1) plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law. The Plaintiff only has a fifth (5th) grade education.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

4. Plaintiff has made repeated efforts to obtain a lawyer.

Wherefore, plaintiff request that the court appoint him counsel.

Respectfully submitted this the 23rd day of October, 2006.

William Carroll
Signature of Plaintiff

Certificate of Service

I certify that a true copy of the following Motion has been served upon the attorneys for the defendants, by mailing the same United States Mail, first class, personal service on the 23RD day of October, 2006.

William Carroll
Signature of Plaintiff