## EXHIBIT-A

Document not offered by any of the defendants.

# COVINGTON COUNTY JAIL
## INMATE REQUEST /GRIEVANCE

NAME _CARROLL, William D._ BLOCK _B_ DATE _6/21/06_

( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEMS
( ) SPECIAL VISIT ( ) TIMESHEET ( ) GRIEVANCE (X) OTHER _Nurse Cain_

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO

( ) SHERIFF ( ) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WT
APPLICABLE

_After being told I have an abcessed tooth and put on medication. ① How long will it be before I see a dentist? ② Do you have a certain time limit?_

_William D. Carroll_
_6/21/06_

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

_We have a long dental list - will be sent when it is your turn. You were offered to go on 1/4/06 + again on 2/1/06. You're name is Removed when you Refuse. Thank You -_

_Annette Cain Lpn MTA_
_6/21/06_