## EXHIBIT-B

Note this document backs up the second time I alledgeally refused dental appointment.

EXHIBIT-B

MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IBU 800mg BID x 30 days | A / P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

FOR: 3/1/06  THROUGH: 3/28/06
Physician: McWhorter
Allergies: NKDA

Medicare Number: 416882762
RESIDENT: Carroll, William David   D.O.B: 7-15-67   Sex: M