<u>EXHIBIT- C</u>

Note these two documents are surpose to be a copy of each other but they are not the same.
Example circled

C-1

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| IBU 600 mg Bid x 7 days | A / P | |
| IBU 600 mg Bid x 7 days | A / P | |
| Amoxil 500 mg ii Bid x 7 days | A / P | |
| IBU 600 mg Bid x 7 days | A / P | |
| Percogesic ii Bid x 7 days | A / P | |
| * Percogesic ii BID x 7 days | A / P | |

FOR 7/1/06 THROUGH 7/31/06

McWhorter

DX: DKDA

Medicare Number: 416782767

Approved By Doctor

RESIDENT: Carroll, David   DOB 7/15/67   Sex M   Room B

*A true copy of p.16*

C-2

MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| IBU 600 mg Bid x 7 days | A / P | |
| IBU 600 mg Bid x 7 days | A / P | |
| Amoxil 500 mg Bid x 7 days | A / P | |
| IBU 600 mg Bid x 7 days | A / P | |
| Percogesic ii Bid x 7 days | A / P | |
| * Percogesic ii BID x 7 days | A / P | |

STARTING FOR: 7/1/06   THROUGH: 7/31/06

Physician: McWhorter

Allergies: NKDA

Medicare Number: 416112767

RESIDENT: Newell, David   DOB: 9/15/62   Sex: M   Room: B