# EXHIBIT D

Dentist List

*The date I refused.*

*Up to date List*

# DENTIST LIST

| Date Today | Inmate Name | Problem | Appt. Day | Complete | Notes |
|---|---|---|---|---|---|
| 8/05 | Rhodes, William | | 1/4/06 | 1/4 | |
| 8/05 | Eddie, Sheen | | | | Refused Tx on 12/19 |
| 8/05 | Morgan, Steve | | 1/4/06 | Released | |
| 8/05 | Hobby, Charlie | | | Released | |
| 9/05 | Finley, Karl | | | Released | |
| 9/19 | Mang, Samuel | | 1/4/06 | refused tx. 1/4/06 | |
| 10/17 | Phillip, Reginald | Broken tooth | | Released | |
| 10/20 | Wright, Demetrius | broken tooth | | Will do Released | |
| 10/20 | Hunter, Ben | toothache | 11/4/05 | Released | |
| 10/20 | Cossey, Brandon | broken tooth | | Released | |
| 10/20 | Curley, Jimmie | broken | | Released | |
| 10/27 | Hunter, Tyrone | toothache | 11/4/05 | refused on 2/1/06 | |
| 11/5 | Carroll, William | broken | 1/11/06 | Refused 12/06 | |
| 11/8 | Lillie, Rollergin | Toothache | 1/11/06 | | |
| 11/12 | Sheridan, Jim | Broken | | Released | |
| 11/15 | Bryant, Tommy | Abscess | | | |
| 11/17 | Toller, Steve | Abscess | | Refused Tx on 12/19 | |
| 11/23 | Alberry, Willie | Broken | | Released | |
| 11/28 | Laurence, Howie | broken | | Released | |

Revised 04/06/04 JC

COPY