EXHIBIT- E

I never had this dental date to refuse.

# DENTIST LIST

| Date Today | Inmate Name | Problem | Appt. Day | Complete | Notes |
|---|---|---|---|---|---|
| 12/14 | Watson, Clint | | 2/1/06 | | |
| 12/14 | Alexander, Tayre | | 1/1/06 | | |
| 12/14 | Atkinson, Chrisson | | Refused Tx for 12/19 | | |
| 12/19 | Shen, George | Abscess | 1/11 | | |
| 12/22 | Hancock, Justin | | 1/4/06 | | |
| 12/22 | Richburg, Randy | Broken Tooth | | | refused tx. 2/1/06 |
| 12/26 | Nix, Chris | | 2/1/06 | | |
| 12/27 | Lawrence, Kevin | | 2/1/06 | refused tx | |
| 12/29 | Whitlow, Ronald | | refused tx 2/1/06 | | |
| 1/2/06 | Bozeman, Michael | | 2/1/06 | | |
| 1/4/06 | McClain, Frankie | Broken/Decayed | 3/1/06 | | |
| 1/5/06 | Carroll, William David | Broken/Decayed | 2/1/06 ref. tx | | |
| 1/6/06 | Hardamire, Daniel | Broken | | | |
| 1/7/06 | Goldsmith, Gloria | Pulled tooth | | | |
| 1/20/06 | Hancock, Justin | Broken/Abscess | 3/1/06 | | |
| 1/29/06 | Flinn, Jonathan | impacted wisdom tooth | | | |
| 2/2/06 | McBrit, Stacy | tooth broken into gum | | | |
| 2/5/06 | Riley, Christopher | Wisdom tooth | Hole & Decay | 3/1/06 | |
| 2/6/06 | Kelley, Joel | ABSCESS | 2/7/06 | | |

Revised 04/06/04 JC

