<u>EXHIBIT-F</u>

Shows Molar #18 refused treatment only one time.



# INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by a medical staff member. You will be charged in accordance with the medical co-pay system at...

Date: 1-4-06  Post/Location: D-Block  Cell: ___  ID#: 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

Name: William David Carroll

Complaint: Was eating supper tonight & a piece of my tooth broke off. It broke beside where the filling is.

How long have you had this problem? Just happen tonight being 1-4-06

Signature: William R. Carroll   Date: 1-4-06

**TO BE COMPLETED BY MEDICAL STAFF:**

Temp 97°   Resp 18   Pulse 78   B/P 120/72

Document your findings, Inmate's responses/actions:
#18 molar broken into gumline. Some pain involved. Placed on dental list. Will Rx for pain.

X ___ Thru Treatment Protocols, via telephone order, via verbal order
___ if checked, date to be seen again ___
X ___ be charged through medical co-pay for this visit

Date: 1/5/06   Seen by: A. Cain, LPN

Inmate medical record