EXHIBIT - G

5 of 6 times requested dental treatment.



# INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 6/12/06   Pod/Location: B-Block   Cell: #14   ID# 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

Inmate's Full Name: William David Carroll

Complaint/Problem: Toothache

How long have you had this problem? About 4 days - off & on.

Inmate's Signature: William David Carroll   Date: 6/12/06

**TO BE COMPLETED BY MEDICAL STAFF:**

Note Patient's Vital Signs:   Temp 97.6   Resp 18   Pulse 65   B/P 154/83

Instructions/Assessment: Document your findings, Inmate's responses/actions

Abcess to back upper tooth. On dental list. Will Rx c̄ ABT therapy and IBU

☑ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☑ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 6/15/06   Seen by: R. Williams, LPN

*Place original form in patient's medical record.*

3.




**SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

JD 040 6/24/06

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 6/23/06   Pod/Location: B-B/K   Cell: 14   ID# A16-88-2767

Inmate's Full Name: William David Carroll

Complaint/Problem: I still have a tooth-ache & am in need of something for the pain.

How long have you had this problem? 15 days to date being 6-23-06

Inmate's Signature: William D. Carroll   Date: 6/23/06

**TO BE COMPLETED BY MEDICAL STAFF:**

Note Patient's Vital Signs: Temp 97.0   Resp 20   Pulse 72   B/P 140/86

Instructions/Assessment: Document your findings. Inmate's responses/actions

Will Rx c IBU for pain. No abscess noted.

☑ Received Orders – thru Treatment Protocols; /a telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 6/27/06   Seen by: N. Williams, CRN

Place original form in patient's medical record

H.



**SOUTHERN HEALTH PARTNERS**



RCD 7/4/06 @ 1700

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: **7-4-06** Pod/Location: **B-BLK** Cell: **14** ID#: **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**

Inmate's Full Name: **William David Carroll**

Complaint/Problem: **Tooth-Ache**

How long have you had this problem? **25 days**

Inmate's Signature: **William David Carroll** Date **7-4-06**

*TO BE COMPLETED BY MEDICAL STAFF:*

Note Patient's Vital Signs: Temp **97.0** Resp **20** Pulse **61** B/P **159/94**

Instructions/Assessment. Document your findings. Inmate's responses/actions

(R) U tooth (back) red and swollen. Will Rx for abscess and pain.

☑ Received Orders – thru Treatment Protocols: via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical **7/5/06** Seen by **L. Williams, LPN**

*Place original form in patient's medical record*

5/



# INMATE SICK CALL SLIP – MEDICAL REQUEST

***TO BE COMPLETED BY INMATE:*** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 7-13-06   Pod/Location: B-BLK   Cell: 14   ID# 

Inmate's Full Name: William DAVID CARROLL

Complaint/Problem: On going tooth ache

How long have you had this problem? 31+ days

Inmate's Signature: William D. Carroll   Date: 7-13-06

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

***TO BE COMPLETED BY MEDICAL STAFF:***

Note Patient's Vital Signs:   Temp 98.0°   Resp 20   Pulse 78   B/P 134/80

Instructions/Assessment: Document your findings. Inmate's responses/actions

c/o toothache. Will Rx for pain. No s/s of infection noted. Will Rx c̄ Pokosebic d/t c/o stomach upset!

☑ Received Orders – thru Treatment Protocols; via telephone order, via verbal order
☐ Follow-Up Required? If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 7/14/06   Seen by: N. Williams, LPN

*Place original form in patient's medical record*

6/



# INMATE SICK CALL SLIP -- MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 7-23-06  Pod/Location: B-Blk  Cell: 14  ID#: _____

Inmate's Full Name: William David Carroll

Complaint/Problem: Tooth swollen again, Tooth-Ache

How long have you had this problem? June 12th, 2006

Inmate's Signature: William D. Carroll   Date: 7-23-06

************

**TO BE COMPLETED BY MEDICAL STAFF:**

Note Patient's Vital Signs:   Temp 96³   Resp ___   Pulse 69   B/P 142/93

Instructions/Assessment: Document your findings, Inmate's responses/actions (R) 1st molar with gum reddened. φ exudate φ pus pockets noted. Tooth decay once again. I/M remains on dental list + chooses to have Analgesic provided by medical. φ lymph node swelling.

☑ Received Orders -- thru Treatment Protocols; via telephone order; via verbal order.
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 7/24/06   Seen by: A. Cain Lpn

*Place original form in patient's medical record.*