## EXHIBIT-H

Another document that does not belong to plaintiff but was placed in file also. Belongs to William Mack Carroll


*William Mack Carroll*

# Covington County
Sheriff
Anthony Clark



# Sheriff's Department
290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax (334) 428-2654

EFFECTIVE AS OF OCTOBER 28, 2005 THE COVINGTON COUNTY INMATES WILL BE ALLOWED THE FOLLOWING ITEMS.
THESE ITEMS WILL ONLY BE ACCEPTED
### MONDAY THROUGH FRIDAY FROM 8AM - 4PM

| MALES | FEMALES |
|---|---|
| 3 WHITE T-SHIRTS | 3 WHITE BRAS NO UNDER WIRE |
| 3 PAIRS OF WHITE UNDERWEAR | 3 WHITE PANTIES FULL CUT |
| ~~3 WHITE PAIRS OF SOCKS~~ 2 | 3 WHITE PAIR OF SOCKS |
| 1 WHITE OR GREY SWEATSHIRT | 1 WHITE OR GREY SWEATSHIRT |
| 1 WHITE THERMAL SHIRT | 1 WHITE THERMAL SHIRT |

IN ADDITION TO THESE ITEMS, INMATES WILL BE ALLOWED 2 PAPERBACK CROSSWORD/ WORD SEARCH BOOKS, 2 PAPERBACK NOVELS OR 2 MAGAZINES. THESE NOVELS OR MAGAZINES MUST BE IN GOOD TASTE IN MORAL VALUES. EACH ITEM(S) MUST BE LABELED WITH THE INMATES PROPER NAME. ITEMS WILL ONLY BE ACCEPTED ONCE A MONTH FROM THE DATE OF THE LAST TIME ITEMS WERE ACCEPTED.

I, _Inez P Carroll_, AM LEAVING THE FOLLOWING ITEMS FOR _____. I UNDERSTAND THAT ONCE THESE ITEMS ARE GIVEN TO THE INMATE, THE COVINGTON CO. JAIL IS NO LONGER RESPONSIBLE FOR THE ITEMS IF THEY ARE LOST OF STOLEN.

*(signature: Inez P Carroll)*
DATE: 1-11-06

*My Mother Delivered Item*

CORRECTIONAL OFFICER RECEIVING MERCHANDISE
_____
INMATE SIGNATURE: _William Mack Carroll_
DATE: 1-11-06