IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE _____ DIVISION

WILLIAM DAVID CARROLL )
 )
    Plaintiff, )
 )
v. ) CASE NO. 2:06-cv-549-MEF
 )
ANTHONY CLARK, et al. )
 )
    Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Anthony Clark__, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

2/1/2008
Date

(Signature)

Scott W. Gosnell
(Counsel's Name)

Anthony Clark
Counsel for (print names of all parties)
Post Office Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code
(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>MIDDLE</u> DIVISION

## CERTIFICATE OF SERVICE

I, Scott W. Gosnell, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 1st day of February 20 08 to:

William David Carroll

AIS #203829A

c/o Kilby Correctional Facility

Post Office Box 150

Mt. Meigs, Alabama  36057

2/1/2008
Date

Signature