IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__MIDDLE__ DIVISION

WILLIAM DAVID CARROLL

  Plaintiff,

v.          CASE NO. 2:06-cv-549-MEF

ANTHONY CLARK, et al.

  Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Annette Cain, LPN__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|   |   |
|   |   |
|   |   |

2/7/2008
Date

(Signature)

Daniel F. Beasley
(Counsel's Name)

Annette Cain, LPN and Millard McWhorter, MD

Counsel for (print names of all parties)

P.O. Box 2087
Huntsville, AL 35804

Address, City, State Zip Code

(256) 535-1100

Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__MIDDLE_____ DIVISION

## CERTIFICATE OF SERVICE

I, Daniel F. Beasley_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _U.S. Mail and/or electronic mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _7th_____ day of _February_____ 20_08_ to:

Scott Wayne Gosnell

P.O. Box 240909, Montgomery, AL 36124


William David Carroll, AIS 203829A

Kilby Correctional Facility

P.O. Box 150, Mt. Meigs, AL 36057

2/7/2008
Date                                                                Signature