IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

WILLIAM DAVID CARROLL                    )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )   CASE NO. 2:06-cv-549-MEF
                                         )
ANTHONY CLARK, et al.                    )
                                         )
        Defendants,                      )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Millard McWhorter, M.D., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

2/7/2008
Date

(Signature)

Daniel F. Beasley
(Counsel's Name)

Annette Cain, LPN and Millard McWhorter, MD
Counsel for (print names of all parties)

P.O. Box 2087
Huntsville, AL 35804
Address, City, State Zip Code

(256) 535-1100
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>MIDDLE</u>             DIVISION

## CERTIFICATE OF SERVICE

I, <u>Daniel F. Beasley</u>                    , do hereby Certify that a true and correct copy of the foregoing has been furnished by <u>U.S. Mail and/or electronic mail</u>    (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this <u>7th</u>    day of <u>February</u>    20<u>08</u>, to:

Scott Wayne Gosnell

P.O. Box 240909, Montgomery, AL 36124


William David Carroll, AIS 203829A

Kilby Correctional Facility

P.O. Box 150, Mt. Meigs, AL 36057


<u>2/7/2008</u>                    <u>  /s/ Beasley  </u>
       Date                              Signature