**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **WILLIAM DAVID CARROLL,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 2:06-CV-549-MEF |
| **ANTHONY CLARK,** *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney, Gary L. Willford, Jr., of the law firm of Webb & Eley, P.C., and enters his appearance as counsel of record for the Defendant Anthony Clark.

Respectfully submitted this 13th day of February, 2008.

        **s/Gary L. Willford, Jr.**
        GARY L. WILLFORD, JR.–Bar No. WIL198
        Attorney for Defendants
        WEBB & ELEY, P.C.
        7474 Halcyon Pointe Road (36117)
        Post Office Box 240909
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: gwillford@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 13th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served the following by U.S. Mail:

William David Carroll
AIS #203829A
Kilby Correctional Facility
Post Office Box 150
Mt. Meigs, Alabama  36057

                                                    **s/Gary L. Willford, Jr.**
                                                  OF COUNSEL