IN THE  UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

WILLIAM DAVID CARROLL                    *

      Plaintiff,                                  *

      v.                                              *          2:06-CV-549-MEF

ANTHONY CLARK, *et al*.,                      *

      Defendants.                             *

_____

**ORDER ON MOTION**

Counsel for Defendant Clark has filed a Motion to Withdraw.  Upon consideration of

the motion, and notice of appearance having been filed by new counsel for Defendant Clark,

it is

      ORDERED that the motion (*Doc. No. 37*)  be and is hereby GRANTED.

      DONE, this 14th day of February 2008.

           _____/s/   Susan Russ Walker_____
           SUSAN RUSS WALKER
           UNITED STATES MAGISTRATE JUDGE