In The United States District Court For The Middle District Of Alabama Northern Division

William David Carroll
    Plaintiff,

vs.                                   Civil Action. 2:06-CV-549-MEF

Anthony, Clark, et al.
    Defendants.

## Motion For Change of Address

Comes now the Plaintiff, William David Carroll, in the aboved-Styled Cause and notify this Court the Change of address, That I have been transferred From Kilby Corr. Facility P.O. Box 150 mount. Meigs Al. 36057 To this Address that is listed Below.

William David Carroll
J.O. Davis Correctional Facility
203829     N-24-B
Fountain 4000
Atmore, Al.     36503-4000

## Certificate of Service

I certify that a true copy of the foregoing has been served upon the defendants by mailing the same United States mail First Class personal service on the 21th day of April 2008.

*William David Carroll*
Signature of Plaintiff



William R. Carroll
20-38-39  M-24-B
J.O. Davis Correctional Facility
Fountain 4800
Atmore, AL 36503-4000

Legal Mail

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711