In The United States District Court for The Middle District of Alabama, Northern Division

William D. Carroll,
    Plaintiff,

v.                                      Civil Action no: 2:06-CV-549-MEF

Anthony Clark, et al,
    Defendants.

## Application For Appoint Of Counsel

Comes now the plaintiff William D. Carroll in the above-styled action hereby moves this Honorable Court for an order that a Counsel be appointed to assist Plaintiff in this matter, This Application Supported by the following facts.

## Facts in Support:

The plaintiff is an inmate of the State of Alabama Department of Correction, I don't know the law well, and don't have much access to the law library, and This case is very complicated, with the mean or no money to retain Counsel to assist me in this matter.

The plaintiff is lack of Knowledge and do not Know how to proper prepare this matter for Court proceedings.

The Plaintff issues involved in this matter are Complex and require research and investigation that the plaintiff is unable to research do to being in prison.

As a matter of law plaintiff is entitled to appointed of Counsel to assist me in this matter.

The respondent will not be prejudice by the appoint of Counsel in this matter.

<u>Therefore for Good Cause</u>

Plaintiff request that this Court Grant this Application for appointed of Counsel to assist him in this matter.

Dated this <u>21th</u> day of <u>April</u> 2008

<u>William D. Carroll</u>
Williams D. Carroll

## Certificate of Service

I hereby Certify that I have mailed a true and Correct Copy of the above to all parties by placing the Same in the United States mail all postage paid.

Done this 21st day of April 2008

Respectfully Submitted
*William D. Carroll*
Williams D. Carroll

Plaintiff also request such other relief that this Court deems just in this matter.