IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

WILLIAM DAVID CARROLL     *

    Plaintiff,     *

    v.     *     2:06-CV-549-MEF
                                                     (WO)

ANTHONY CLARK, *et al.*,     *

    Defendants.     *

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's request for appointment of counsel. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion (*Doc. No. 41*) be and is hereby DENIED. *See Killian v. Holt,* 166 F.3d 1156, 1157 (11th Cir.1999); *Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993); *Fowler v. Jones*, 899 F.2d 1088, 1096 (11th Cir. 1990).

DONE, this 25th day of April 2008.

                                                 /s/ Susan Russ Walker
                                                 SUSAN RUSS WALKER
                                                 UNITED STATES MAGISTRATE JUDGE