IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM DAVID CARROLL, #203829,    ) | |
| ) | |
| Plaintiff,    ) | |
| v.    ) | CASE NO. 2:06-cv-549-MEF |
| ) | |
| ANTHONY CLARK, *et al.*,    ) | |
| ) | |
| Defendants.    ) | |

## **O R D E R**

It is hereby ORDERED that the Clerk of Court provide the plaintiff with a copy of the Recommendation of the Magistrate Judge (Doc. #36) entered on April 24, 2008.

It is further ORDERED that on or before June 3, 2008 the plaintiff shall file any objections he may have to the Recommendation of the Magistrate Judge

DONE this the 20th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE